UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSQUEHANNA SECURITIES, LLC and
SUSQUEHANNA INVESTMENT GROUP,

Plaintiffs,

- against –

JOHN DOES 1 THROUGH 100,

Defendants.

Case No. _____

---

I, NATHANAEL WICKMAN, pursuant to 28 U.S.C. § 1746, declares:

**Background**

1. I currently serve as the Co-Manager of the U.S. Equity Options Market Making Team at Susquehanna International Group, LLP (collectively, with its affiliated and related entities, SIG), where I have been employed since 2005. SIG is a global quantitative trading firm. My responsibilities as the Co-Manager of the U.S. Equity Options Market Making Team at SIG include analyzing equity options market data, developing and overseeing equity options trading strategies, and managing risk associated with the team's trading activities.

2. SIG has access to a large amount of securities trading data from (a) SIG's own substantial trading activity; and (b) purchasing commercially available market data (together, the "Market Data"). The information contained in this declaration is based principally on an analysis of the Market Data, including data relating to the trading of equity options contracts concerning the stock of Futu Holdings Limited ("Futu") and UP Fintech Holding Ltd ("UP"). Futu stock trades under the ticker FUTU, and UP stock trades under the ticker TIGR; I use those tickers as shorthand to refer to each company's stock.

4935-4870-5720.1

3.      Using the Market Data, I and other  employees at SIG have worked together to conduct an analysis of market trading in FUTU and TIGR put options in the time period leading up to the publication of news on May 22, 2026 about a crackdown by the Chinese government on cross-border securities trading platforms (the "Crackdown News").  I discuss certain observations and conclusions from that analysis below.

**The May 22, 2026 Decline in the Price of FUTU and TIGR**

4.      FUTU traded between $122.10 and $125.45 the day prior to the publication of the Crackdown News, with a closing price of $123.86.  The following day, the price of FUTU at the opening of the market (9:30 a.m. Eastern Daylight Time) was $81.08 (a 34.54% decline from closing the prior day), and traded between $80.50 and $94.88 that day.  The chart below depicts FUTU's trading price between April 1 and June 8, including the sharp decline in price on May 22.



5.      TIGR traded between approximately $5.72 and $5.96 the day prior to the Crackdown News, with a closing price of $5.84.  The day of the Crackdown News, the price of TIGR at the opening of the market was approximately $4.01 (a 31.34% decline from closing the

prior day), and traded between $4.00 and $4.74 that day.  The chart below depicts TIGR's

trading price between April 1 and June 8, and shows the sharp decline in price on May 22.



TIGR Intraday Price (5-minute), Apr 1 – Jun 8, 2026

### Explanation of Put Options

6.      A put option is an option that gives the holder the right (but not the

obligation) to sell a particular asset, at a particular price (known as the strike price), during a

particular time period.  A "short dated" or "near dated" option is one that expires in a relatively

short time period, and is thus riskier than an option with a longer time horizon; I use the phrases

"short dated" or "near dated" to refer to options that expire less than 30 days from the time of

purchase.  A put option is "out of the money" if the strike price is below the market price, since

there is no profit to be made in selling an asset for less than the market price; by contrast, a put

option is "in the money" if the strike price is above the market price.

7.      As an example, one of the trades I analyzed was a FUTU put option

purchased on May 20, 2026 (when the price of FUTU was approximately $124.58) that provided

the right to sell one share of FUTU at a price of $102.45 through May 29, 2026.  At the time of

that purchase, the option was inexpensive (approximately $1.50), because the market price of

FUTU was substantially higher than the strike price (and thus "out of the money"), and only nine

4935-4870-5720.1

days remained in the life of the option contract. In other words, for the option to sell FUTU at $102.45 to be worth exercising, the market price would have to drop significantly (more than 17%) in a nine-day period so that the put option was "in the money." The more significant the price drop, the more valuable the option, since the holder of the option could purchase FUTU at any new lower market price (for example, $81.08 at the opening of the market on May 22, 2026) and then exercise their option to sell FUTU for $102.45, to yield a profit of approximately $19.87 once the cost of the $1.50 option is considered.

**The Significant Increase in Market Orders for Short-Dated FUTU and TIGR Put Options**

8.      During the two-week period leading up to the Crackdown News (May 7, 2026 to May 21, 2026), there was a significant increase in market orders for short-dated FUTU and TIGR put options. The graph below depicts all such options purchases in the months leading up to the Crackdown News, illustrating how the increased volume of purchases was a significant aberration.



4

The graphs below illustrate how this trend was evident for each of FUTU and TIGR put options.



**<u>The Subject Trades Exhibit Common Features</u>**

9.      A substantial proportion of purchases of short-dated FUTU and TIGR put options between May 7, 2026 and May 21, 2026 share common features.  Most significantly, a large and disproportionate number of overall market purchases fitting these criteria (approximately 76.5%) were made through only three brokerage firms (the "Subject Brokers"): (i) Interactive Brokers; (ii) one of UP's own trading platforms, TradeUP; and (iii) one of Futu's own trading platforms.[1]  In other words, as depicted in the chart below, the substantial increase

---

[1] Broker attributions are based on a combination of (a) direct information about the identity of a party to an option transaction, such as transactions in which one of the Plaintiffs was a party; and (b) inferences about the identity of a party to an option transaction based on other available market information that the Plaintiffs use in the ordinary course of their business to identify a party to a transaction.

in demand for these particular types of put options was not evenly distributed across brokerage firms, but emanated principally from users of the three Subject Brokers.



In this declaration, I refer to purchases of short-dated FUTU and TIGR put options between May 7, 2026 and May 21, 2026 through the Subject Brokers as the "Subject Trades."

10.     Many of the Subject Trades share additional common features.  Notably, the Subject Trades were concentrated in particular short-dated put options, and represented a substantial proportion of overall market activity in those contracts.  The chart below depicts the particular options that were the most commonly purchased contracts among the Subject Trades by customers of each of the Subject Brokers (as well as the quantity of these options purchased otherwise), with each row illustrating a different options contract (*e.g.*, the first row indicates the

6

number of TIGR put options purchased with an expiration date of May 29, 2026 and a strike price of $5).



Also, the Subject Trades were not evenly distributed over the trading day, but rather were characterized by bursts of purchases in different short-dated FUTU and TIGR put options.  The three charts below depict this pattern on three of the heaviest trading days for those purchases, May 7, 19, and 21.  In one example indicated by the yellow oval, a large number of short-dated put options were purchased by customers at the Subject Brokers in a burst of activity shortly

7

after 1:30 pm, with the purchases concentrated in six specific options (four types of TIGR options, and two types of FUTU options).



8

4935-4870-5720.1

**The Subject Trades Were A Substantial Portion of All
Short-Dated Put Options Purchases for FUTU and TIGR**

11.    In total, the Subject Trades resulted in the acquisition of over 50,000 FUTU put option contracts, with especially large numbers of purchases on May 7 and May 21, and over 150,000 TIGR put option contracts, with especially large numbers of purchases on May 19 and 21.  Those put option purchases are depicted in the two graphs below (the first showing FUTU purchases, the second showing TIGR purchases), along with the substantial price drop for each of those stocks on May 22 following the Crackdown News.



The Subject Trades were a substantial portion of all short-dated FUTU and TIGR put options in the broader market.  With respect to near-dated FUTU put options, the Subject Trades constituted approximately 87% of purchases on May 7, approximately 67% of purchases on May 14, and approximately 55% of purchases on May 21.  With respect to near-dated TIGR put options, the Subject Trades constituted approximately 98% of purchases on May 13, approximately 75% of purchases on May 19, and approximately 89% of purchases on May 21.

9

**<u>The Distribution of Option Expiration Dates in the Subject Trades</u>**

12.    Approximately 31% of the Subject Trades targeted options that expired the day after the Crackdown News, and approximately 35% targeted options that expired the following week, as depicted in the chart below.



The Subject Trades made up a substantial portion of all market purchases for these types of put options, as depicted in the chart below.



10

4935-4870-5720.1

**The Subject Trades Resulted in Over $100 Million in Profits**

13.     In total, approximately $12 million was paid in premiums for the Subject Trades, and the trades resulted in excess of $115 million in total profits to the buyers.

14.     SIG affiliates Susquehanna Investment Group and Susquehanna Securities, LLC, served as counterparty for a substantial portion of the Subject Trades.  With respect to the Subject Trades in which these SIG affiliates served as counterparty, $6.7 million in premiums were paid for the put options, and the trades resulted in profits of approximately $71.4 million to the buyers.

4935-4870-5720.1

I declare under penalty of perjury that the foregoing is true and correct.


Executed on June _26_, 2026 at Bala Cynwyd, Pennsylvania.

_____
Nathanael Wickman