UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and
SUSQUEHANNA INVESTMENT GROUP,

Plaintiffs,

- against -

JOHN DOES 1 THROUGH 100,

Defendants.

Case No. _26 Civ. 5474_____

**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXPEDITED DISCOVERY**

Upon the declaration of Nathanael Wickman, dated June 26, 2026; the declaration of John N. Orsini, dated June 26, 2026, and exhibits appended thereto; the declaration of Brian Sopinsky, dated June 26, 2026; Plaintiffs Susquehanna Securities, LLC and Susquehanna Investment Group's Memorandum Of Law In Support Of Plaintiffs' Application For a Temporary Restraining Order and Preliminary Injunction or Attachment, and Plaintiffs' *ex parte* Motion for Expedited Discovery, dated June 29, 2026 (the "Application"); the Complaint, dated June 29, 2026; and the proceedings had herein with regard to the present application, it is hereby:

ORDERED, that defendants John Does 1 through 100 ("Defendants"), who consist of all individuals who purchased short-dated[1] put options between May 7, 2026 and May 21, 2026 in Futu Holdings Limited (trading under the ticker FUTU) and UP Fintech Holding Ltd. (trading under the ticker TIGR), through brokerages TradeUP Securities, Inc. ("TradeUP"), Interactive Brokers Group, Inc. ("Interactive Brokers") or Futu Holdings Limited ("Futu") (together, the "Brokers") show cause before a motion term of this Court to be held, at the U.S.

---

[1] For purposes of this application, "short-dated" refers to options that expire less than 30 days from the time of purchase.

Courthouse, 500 Pearl Street, New York, New York, 10007, Courtroom 15A, at 2 p.m. on July 10, 2026, why an order should not be issued pursuant to Rules 64 and 65 of the Federal Rules of Civil Procedure granting a preliminary injunction enjoining Defendants during the pendency of this action from transferring, encumbering, removing, or otherwise conveying proceeds held in accounts with the third-party Brokers, and enjoining Defendants' employees, owners, agents, officers, directors, attorneys, representatives, affiliates, subsidiaries, successors, and assigns, and all those in active concert or participation with them or having knowledge of the causes of action, including the Brokers, from enabling or assisting Defendants in such uses;

AND IT IS FURTHER ORDERED that, sufficient reason having been shown therefor, pending the hearing of this Application, pursuant to Rules 64 and 65 of the Federal Rules of Civil Procedure:  Defendants are temporarily restrained and enjoined from transferring, encumbering, removing, or otherwise conveying proceeds held in accounts with the Brokers, and this order hereby enjoins Defendants' employees, owners, agents, officers, directors, attorneys, representatives, affiliates, subsidiaries, successors, and assigns, and all those in active concert or participation with them or having knowledge of the causes of action, including the Brokers, from enabling or assisting Defendants in such uses;

AND IT IS FURTHER ORDERED that any papers responding to the Application be served and filed on or before July 7, 2026, and that any reply papers in further support of the Application be served and filed on or before July 9, 2026;

AND IT IS FURTHER ORDERED that security in the amount of $100,000 be posted by Plaintiffs prior to July 1, 2026;

AND IT IS FURTHER ORDERED that, sufficient reason having been shown therefor, Plaintiffs' *ex parte* Motion for Expedited Discovery is **GRANTED**, the stay imposed

4914-6551-3144.1

pursuant to the Private Securities Litigation Reform Act of 1994 is lifted, and Plaintiffs may immediately serve third-party subpoenas duces tecum upon the Brokers prior to conducting a Rule 26(f) conference in the above-captioned action;

AND IT IS FURTHER ORDERED that, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, service via e-mail and FedEx of a copy of this order and the papers upon which it is granted made on the Defendants and/or the Brokers or their counsel on or before June 29, 2026, shall be deemed good and sufficient service and notice thereof.

Dated:   New York, New York
         June 29, 2026

_____
       Hon.  Arun Subramanian
       United States District Judge

4914-6551-3144.1