UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and
SUSQUEHANNA INVESTMENT GROUP,

                          Plaintiffs,

            - against -

JOHN DOES 1 THROUGH 100,

                          Defendants.

Case No. 1:26-cv-05474

**CERTIFICATE OF SERVICE**

I certify that, on behalf of Plaintiffs Susquehanna Securities, LLC and

Susquehanna Investment Group (together, "Plaintiffs"), and pursuant to the June 29, 2026

Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction and

Granting Plaintiffs' *Ex Parte* Motion for Expedited Discovery (ECF 10, the "Order"), I caused

the documents listed in paragraph 1 to be served on Interactive Brokers Group, Inc. ("Interactive

Brokers"), TradeUP Securities, Inc. ("TradeUp"), and Futu Holdings Limited ("Futu")

(collectively, the "Brokers") in the manner set forth below.

1.        Documents Served:  The Complaint **(ECF 001)**; Plaintiffs' Memorandum

of Law in Support of Plaintiffs' Application for a Temporary Restraining Order and Preliminary

Injunction or Attachment in the Alternative, and Ex Parte Motion for Expedited Discovery **(ECF

005)**; The Declaration of Nathanael Wickman in Support of Plaintiffs' Application for a

Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction and

Granting Plaintiffs' Ex Parte Motion for Expedited Discovery **(ECF 006)**; The Declaration of

Brian Sopinsky in Support of Plaintiffs' Application for a Temporary Restraining Order and

Order to Show Cause for a Preliminary Injunction and Granting Plaintiffs' Ex Parte Motion for

4912-9558-8025.1

Expedited Discovery **(ECF 007)**; The Declaration of John N. Orsini in Support of Plaintiffs'

Application for a Temporary Restraining Order and Order to Show Cause for a Preliminary

Injunction and Granting Plaintiffs' Ex Parte Motion for Expedited Discovery, with exhibits

attached **(ECF 008)**; Subpoenas to Produce Documents, Information or Objects or to Permit

Inspection of Premises in a Civil Action, directed to TradeUp, Futu and Interactive Brokers; and

the Order **(ECF 010)** (collectively, the "Documents Served").

2.      <u>Manner of Service</u>:  On June 29, 2026, I caused the Documents Served to

be delivered to FedEx for delivery to the Brokers at the following addresses:

*Interactive Brokers:*

Corporate Service Company (registered agent for service of process)
251 Little Falls Drive
Wilmington, DE 19808

*TradeUp:*

TradeUP Securities, Inc.
437 Madison Ave, 27th Floor
New York, NY 10022

*Futu:*

Cogency Global Inc. (registered agent for service of process)
122 East 42nd Street, 18th Floor
New York, NY 10168

*and*

FUTU Holdings Limited
34/F, United Centre
95 Queensway, Admiralty,
Hong Kong S.A.R., People's Republic of China.

Delivery was scheduled by FedEx Priority Overnight for June 30, 2026, by 10:00 a.m. for the

addresses in the United States, and I received confirmation that the Documents Served were

4912-9558-8025.1

delivered to those addresses today.  Delivery was scheduled by FedEx International Priority for

July 2, 2026 at 6:00 p.m. for the address in China.

Additionally, I emailed a copy of the Documents Served to the following

individuals at each Broker on June 29, 2026:

**Interactive Brokers:**

David Luger
Head of Litigation

**TradeUp:**

Youqing Liu
Managing Director, Chief Financial Officer, Head of Stock Lending and
Operations

**Futu:**

Vickramjit Sharma
Chief Legal Officer


Dated: New York, New York
June 30, 2026

*/s/ John N. Orsini*
John N. Orsini (jorsini@fklaw.com)
FRIEDMAN KAPLAN SEILER
 ADELMAN & ROBBINS LLP
7 Times Square
New York, New York 10036-6516
(212) 833-1100

*Attorneys for Plaintiffs Susquehanna Securities,*
*LLC and Susquehanna Investment Group*

3

4912-9558-8025.1