UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSQUEHANNA SECURITIES LLC
and SUSQUEHANNA INVESTMENT
GROUP,

Plaintiffs,

Case No. 26 Civ. 5474

- against -

JOHN DOES 1 THROUGH 100,

Defendants.

---

## [PROPOSED] ORDER TO SHOW CAUSE

Upon the Memorandum of Law in Support of Citadel Securities LLC's ("Citadel Securities") Order to Show Cause for Intervention, the accompanying Declaration of Jonathan K. Youngwood dated July 2, 2026, and any other documents of which the Court may take judicial notice;

NOW, THEREFORE, IT IS HEREBY:

ORDERED, that the parties in the above-captioned case show cause before this Court, at the United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, at 2:00 p.m. on July 10, 2026, why an order should not be issued (i) allowing Citadel Securities to intervene in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure and (ii) directing that the proposed complaint attached as Exhibit A be deemed filed as of the date of the Court's order.

IT IS FURTHER ORDERED, that any opposing papers shall be served and filed on or before July 7, 2026, and Citadel Securities shall serve and file any reply papers on or before July 9, 2026;

IT IS FURTHER ORDERED, that service by ECF on the parties in the above-captioned case shall be deemed good and sufficient service thereof.

**SO ORDERED.**

Signed on this _____ day of _____, 2026,

_____
Arun Subramanian
United States District Judge