UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSQUEHANNA SECURITIES, LLC
and SUSQUEHANNA INVESTMENT
GROUP,

Plaintiff,

- against -

JOHN DOES 1 THROUGH 100,

Defendants.

Case No. 26 Civ. 5474

---

**DECLARATION OF JONATHAN K. YOUNGWOOD IN SUPPORT OF
CITADEL SECURITIES' ORDER TO SHOW CAUSE FOR INTERVENTION**

I, Jonathan K. Youngwood, make this declaration pursuant to 28 U.S.C. § 1746, and state as follows:

1. I am a Partner of the law firm Simpson Thacher & Bartlett LLP, counsel for Citadel Securities LLC ("Citadel Securities"). I am a member of the bar of the State of New York and the United States District Court for the Southern District of New York. I respectfully submit this Declaration in support of Citadel Securities' Order to Show Cause for Intervention under Federal Rule of Civil Procedure 24 in the above-captioned action. I make this declaration based on personal knowledge, or information within the files of my firm.

2. In compliance with Local Civil Rule 6.1(d), Citadel Securities makes this Order to Show Cause to obtain expedited resolution of the intervention issue because its ability to participate meaningfully in the above-captioned action, or otherwise protect its interests in recovering from Defendants, may otherwise be impaired. On June 29, 2026, Susquehanna Securities, LLC and Susquehanna Investment Group ("Plaintiffs") filed this lawsuit, and this Court issued an expedited briefing and hearing schedule that same day. ECF 1, 10. Among

other things, this Court's briefing schedule (i) ordered that Defendants show cause before a motion term of this Court to he held on July 10, 2026, at 2:00 p.m.; (ii) ordered that any papers responding to Plaintiffs' application for a preliminary injunction be served and filed on or before July 7, 2026; and (iii) ordered that any reply papers in further support of Plaintiffs' application be served and filed on or before July 9, 2026.  ECF 10.

3.    As set forth in the accompanying Memorandum in Support of Citadel Securities' Order to Show Cause, Citadel Securities is entitled to intervene as a matter of right in this proceeding because it has vital interests that will be impaired if it is not permitted to participate.  In the alternative, permissive intervention is warranted given that Citadel Securities shares common questions of law and fact with Plaintiffs, and there will be no delay or prejudice from Citadel Securities' intervention.

4.    Given the accelerated schedule for briefing and hearings, Citadel Securities' right to protect its interests may be restricted, or lost entirely, unless its request for intervention is also resolved on an expedited schedule.

5.    Citadel Securities has made no previous application for similar relief. S.D.N.Y. Local Civil Rule 6.1(d).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 2nd day of July, 2026 at New York, New York.

*/s/ Jonathan K. Youngwood*

Jonathan K. Youngwood