

250 Vesey Street
27th Floor
New York, NY 10281

whwllp.com
T: 212-335-2030
F: 212-335-2040

July 6, 2026

**Via ECF**
Hon. Arun Subramanian
Southern District of New York
United States District Judge
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:    *Susquehanna Securities LLC et al v. John Does 1 Through 100*
        **26 Civ. 5474**

Dear Judge Subramanian,

We represent Defendant Wenlei Song, one of the John Doe defendants in the above-captioned matter. Pursuant to Your Honor's Individual Rules, we respectfully request a brief adjournment of the deadline to file Mr. Song's opposition to Plaintiffs' motion for a preliminary injunction, which is currently due tomorrow, July 7, 2026. This is the first adjournment sought by any party.  Plaintiffs, through their counsel, consent to the proposed adjournment.

We recognize that the Court generally requires requests for adjournments to be made at least two business days before the affected deadline. We regret that this request comes on shorter notice and would not make it absent the circumstances presented here: Our firm was retained yesterday, July 5, 2026, to represent Mr. Song. Since then, we have been working diligently to familiarize ourselves with the record—including Plaintiffs' Complaint, the Temporary Restraining Order entered on June 29, 2026, the supporting memorandum of law and declarations, and the underlying trading data—and to consult with our client, who resides abroad.

We are currently in discussions with Plaintiffs' counsel about a potential agreement relating to the scope of a preliminary injunction relating to Mr. Song, and a brief adjournment of Mr. Song's time to file his written response would facilitate those discussions.  Additionally, should an agreement not be reached, the modest adjournment would permit undersigned counsel to prepare and file a substantive opposition that would more meaningfully assist the Court in adjudicating the pending asset freeze.

Accordingly, with Plaintiffs' consent, we respectfully request that Mr. Song be permitted to file any written opposition in this matter by 1 p.m. on Thursday, July 9, 2026, with all other deadlines to remain in effect as to all other parties and with the hearing proceeding as scheduled on July 10, 2026.

Thank you for Your Honor's time and attention to this matter.  We will await the Court's direction.

Respectfully submitted,

Barry W. Rashkover
Daniel J. Chirlin
Deanna M. Paul

*Attorneys for Defendant Wenlei Song*

cc:     Counsel via ECF