UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and
SUSQUEHANNA INVESTMENT GROUP,

Plaintiffs,

v.

JOHN DOES 1 THROUGH 100,

Defendants.

Index No. 26-cv-5474

**NOTICE OF APPEARANCE**

To:     The Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for

Defendant Wenlei Song, in the above-captioned matter and requests that all notices and other

papers in this action be served at the address stated below.

Dated:   New York, NY
         July 7, 2026

Respectfully submitted,

**WALDEN HARAN WILLIAMS LLP**

By:   ___/s/_____*Daniel Chirlin*_____
      Daniel Chirlin
      250 Vesey Street
      New York, NY 10281
      Tel: (212) 335-2030
      dchirlin@whwllp.com

      *Attorneys for Defendant Wenlei Song*