# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

———————

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number

+1-212-455-3538

E-mail Address

jyoungwood@stblaw.com

July 9, 2026

<u>VIA ECF</u>

Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *Susquehanna Securities LLC et al. v. John Does 1 Through 100,*
         Case No. 1:26-cv-05474 (S.D.N.Y.)

Dear Judge Subramanian,

    I write on behalf of Proposed Plaintiff-Intervenor Citadel Securities LLC ("Citadel Securities").  As set forth in the Order to Show Cause that this Court granted on July 7, 2026 (ECF 27), the Court will consider Citadel Securities' request for intervention tomorrow, July 10, 2026, at 2:00 p.m., which is the same hearing at which the Court will also consider Plaintiffs' request for a preliminary injunction (ECF 10).  Citadel Securities respectfully advises the Court that should its request for intervention be granted, Citadel Securities would then join in Plaintiffs' request for a preliminary injunction and hope to participate in the preliminary injunction hearing.  Citadel Securities' proposed joinder submission is attached as an exhibit to this letter.

    Separately, in light of the absence of any opposition to Citadel Securities' request for intervention or any opposition to date to Plaintiffs' request for a preliminary injunction,[1] we would welcome any guidance from the Court regarding its expectations for tomorrow's hearing.

          Respectfully submitted,

          */s/ Jonathan Youngwood*
          Jonathan Youngwood

---

[1] We note that Defendant Song's deadline to respond was extended to 1:00 p.m. today (July 9, 2026). *See* ECF 28.