Exhibit A:
Proposed Joinder

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSQUEHANNA SECURITIES LLC and SUSQUEHANNA INVESTMENT GROUP,<br><br>Plaintiffs,<br><br>-and-<br><br>CITADEL SECURITIES LLC,<br><br>Plaintiff-Intervenor,<br><br>- against -<br><br>JOHN DOES 1 THROUGH 100,<br><br>Defendants. | Case No. 26 Civ. 5474 |

## CITADEL SECURITIES' [PROPOSED] JOINDER IN PLAINTIFFS' REQUEST FOR A PRELIMINARY INJUNCTION

Plaintiff-Intervenor Citadel Securities LLC ("Citadel Securities") respectfully joins

Plaintiffs' request for a preliminary injunction filed on June 29, 2026.  ECF 4.  Citadel Securities

adopts and incorporates in full all applicable arguments and authorities set forth in pages 11-14

and 16-21 of the corresponding Memorandum of Law (ECF 5) and requests that the Court grant

the preliminary injunction requested in ECF 4.


Dated: July 9, 2026                      SIMPSON THACHER & BARTLETT LLP


                                         /s/ Jonathan K. Youngwood
                                         Jonathan K. Youngwood (jyoungwood@stblaw.com)
                                         Michael J. Osnato (michael.osnato@stblaw.com)
                                         Anthony C. Piccirillo (anthony.piccirillo@stblaw.com)
                                         425 Lexington Ave
                                         New York, NY 10017
                                         (212) 455-2000
                                         *Attorneys for Plaintiff-Intervenor*
                                         *Citadel Securities LLC*