

**JOHN N. ORSINI**
jorsini@fklaw.com
212.833.1186

July 9, 2026

**VIA ECF**

Honorable Arun Subramanian, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *Susquehanna Securities LLC, et al. v. John Does 1 Through 100,* No. 1:26-cv-05474 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

This firm represents plaintiffs Susquehanna Securities LLC and Susquehanna Investment Group ("Plaintiffs") in the action captioned above (the "Action"). We write regarding the hearing on Plaintiffs' application for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction (the "Application"), scheduled for tomorrow.

Pursuant to the Court's Order entered on June 29 (ECF 10), any opposition to the Application was required to be served and filed on or before July 7, 2026. No such opposition was served or filed. To date, the only John Doe defendant to have appeared is Wenlei Song, with whom Plaintiffs have entered into a [Proposed] Stipulation and Order Regarding Dissolution of Temporary Restraining Order as to Defendant Wenlei Song, Establishment of Escrow, and Entry of Limited Preliminary Injunction, filed today (ECF 31 (the "Song Stipulation")). Pursuant to the Song Stipulation, were the Court to enter it as an Order, the scope of the preliminary injunction as to Mr. Song's account would be as set forth in the Song Stipulation, with his and Plaintiffs' consent.[1]

Accordingly, and because the Application is unopposed, Plaintiffs do not intend to present live testimony at the hearing, but rather intend to rely on their papers, including Plaintiffs' declarations submitted therewith (*see* ECF 6, 7). If the Court is expecting otherwise, we would respectfully request the Court's guidance, as Plaintiff's declarants are not located in the area, and so are not intending to be at Court tomorrow.

> Respectfully submitted,
> */s/ John N. Orsini*
> John N. Orsini

cc:    All counsel of record (*by ECF*)

---

[1] One other John Doe defendant has identified itself to us this morning by way of communication from counsel that states that they are in the process of being engaged. But that entity has not yet filed an appearance, and in any event did not file an opposition in a timely manner in advance of tomorrow's hearing.