UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Susquehanna Securites, LLC et al., | |
| Plaintiffs, | |
| -against- | |
| John Does 1 Through 100 et al., | |
| Defendants. | |

26-CV-5474 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the letters filed by plaintiffs, the appearing defendant, and the proposed intervenor. In response to plaintiffs' most recent letter, their declarants need not appear at the hearing. In response to the appearing defendant's letter, the Court will enter the parties' stipulation concerning preliminary injunctive relief.

The Court asks that plaintiffs meet and confer with the appearing parties, and by 10:00 am tomorrow, file a letter addressing (1) whether there is any opposition to the motion to intervene, and (2) what plaintiffs propose to address at the hearing and what relief they currently seek. Along these lines, the Court notes that plaintiffs have not filed any proof of service with respect to any other defendant, so the Court cannot issue a preliminary injunction with respect to any other defendant. *See* Fed. R. Civ. P. 65(a)(1). Should plaintiffs wish to extend or modify the temporary restraining order with respect to other defendants, they should explain the grounds for such an extension or modification.

SO ORDERED.

Dated: July 9, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge