

Minyao Wang
140 Broadway, Suite 3100
New York, New York 10005
Minyao.Wang@lewisbrisbois.com
Direct: 646.989.9428

July 10, 2026

File No. 54926

**<u>VIA ECF</u>**

Honorable Arun Subramanian, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** ***Susquehanna Securities LLC, et al. v. John Does 1
> Through 100, No. 1:26-cv-05474 (AS) (S.D.N.Y.)***

Dear Judge Subramanian,

I represent New Frontier Investment Management Limited ("New Frontier"), one of the John Doe Defendants in the above-captioned action. I was formally retained this morning, about two hours ago.

As the Court correctly noted at its Order entered on July 9, 2026 (ECF 34) and to the best of my understanding at this time, Plaintiffs have so far not provided the requisite notice to New Frontier as required by F.R.C.P. 65(a)(1). In their most recent filing, Plaintiffs appear to concede that they cannot file the necessary proof of service demanded by the Court with respect to any of the Joe Doe Defendants (ECF 36). As such, the Court should not proceed with a preliminary injunction hearing today. *See* ECF No. 34 ("[T]he Court cannot issue a preliminary injunction with respect to any other defendant.").

Moreover and regardless of status of service of the Court's TRO Order, basic fairness counsels that New Frontier, which is based in China, and its newly retained U.S. counsel, be afforded reasonable time to review Plaintiffs' pleadings, conduct their investigation, confer with Plaintiffs regarding any potential stipulation to resolve the request for injunctive relief and prepare if warranted an opposition to the request for a preliminary injunction.

Accordingly, if the Court is inclined to further extend the TRO, New Frontier respectfully requests that it be afforded at least four (4) weeks from today to file an opposition to preliminary injunction.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

Honorable Arun Subramanian, U.S.D.J
July 10, 2026
Page 2

Very truly yours,

/s/ Minyao Wang

Minyao Wang of
LEWIS BRISBOIS BISGAARD & SMITH LLP

MW