**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Susquehanna Securities, LLC et al.,<br><br>       Plaintiff,<br><br>  -against-<br><br>John Does 1 Through 100 et al.,<br><br>       Defendants. | Civil Action No.: 26-CV-5474 (AS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Minyao Wang, Esq. of Lewis Brisbois Bisgaard & Smith LLP, hereby appear as attorney for Defendant New Frontier Investment Management Limited, and request that all papers be served upon me and all communications herein be directed to me.

Dated: New York, New York
      July 10, 2026

                      **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                      By:   /s/Minyao Wang
                              Minyao Wang
                              140 Broadway, Suite 3100
                              New York, NY 10005
                              Minyao.Wang@lewisbrisbois.com
                              *Attorneys for New Frontier Investment*
                              *Management Limited*

2

## **CERTIFICATE OF SERVICE**

I, Minyao Wang, Esq., an attorney duly admitted to practice before this Court, certify that

on July 10 2026, I caused this Notice of Appearance to be filed and served by ECF.


/s/ *Minyao Wang*_____
Minyao Wang