UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Susquehanna Securities, LLC et al.,

                          Plaintiffs,

          -against-

John Does 1 Through 100 et al.,

                          Defendants.

26-CV-5474 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    Citadel Securities motion to intervene is GRANTED.

    The temporary restraining order currently in force with respect to all defendants other than Wenlei Song, *see* Dkts. 10, 35, is extended to July 24, 2026 to allow plaintiffs to ascertain the identity of the other defendants and to effectuate service and notice of the motion for a preliminary injunction on those defendants.

    The hearing scheduled for July 10, 2026, is hereby CANCELLED.

    SO ORDERED.

Dated: July 10, 2026
      New York, New York

                           ARUN SUBRAMANIAN
                        United States District Judge