UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSQUEHANNA SECURITIES, LLC and
SUSQUEHANNA INVESTMENT GROUP,

                                     Plaintiffs,

                - against -

JOHN DOES 1 THROUGH 100,

                                     Defendants.

Case No. 1:26-cv-05474

**CERTIFICATE OF SERVICE**

I certify that, on behalf of Plaintiffs Susquehanna Securities, LLC and Susquehanna Investment Group (together, "Plaintiffs"), and pursuant to the June 29, 2026 Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction and Granting Plaintiffs' *Ex Parte* Motion for Expedited Discovery (ECF 10), and this Court's July 10, 2026 Order (ECF 40), I caused the document stated in paragraph 1 to be served on Interactive Brokers LLC ("Interactive Brokers"), TradeUP Securities, Inc. ("TradeUp"), and Futu Holdings Limited ("Futu") (collectively, the "Brokers") in the manner set forth below.

1.      Document Served:  This Court's July 10, 2026 Order granting the motion of Citadel Securities to intervene and extending the temporary restraining order currently in force with respect to all defendants other than Wenlei Song until July 24, 2026 **(ECF 40)** (the "Document Served").

2.      Manner of Service:  On July 10, 2026, I caused the Document Served to be delivered to FedEx for delivery to the Brokers at the following addresses:

*Interactive Brokers:*

Corporate Service Company (registered agent for service of process)
251 Little Falls Drive

4903-5686-7773.1

Wilmington, DE 19808

*and*

Interactive Brokers LLC
140 Vineyard Ave
Yonkers, NY 10703

**TradeUp:**

Norton Rose Fulbright US LLP (outside counsel for TradeUp)
Attn: Kevin J. Harnisch
799 9th Street NW
Suite 1000
Washington, DC 20001

**Futu:**

Latham & Watkis LLP (outside counsel for Futu)
Attn: Hanyu (Iris) Xie
1271 Avenue of the Americas
New York, NY 10020

Delivery was scheduled by FedEx Priority Overnight, and I received confirmation that the

Document Served was delivered to those addresses today.

Additionally, I emailed a copy of the Document Served to the following

individuals at each Broker on July 10, 2026:

**Interactive Brokers:**

David Luger
Head of Litigation

**TradeUp:**

Kevin J. Harnisch
Head of White Collar Defense and Investigations, Norton Rose
Fullbright US LLP

**Futu:**

Hanyu (Iris) Xie
Partner, Latham & Watkins LLP

2

4903-5686-7773.1

Dated: New York, New York
July 13, 2026

　　　　　　　　　　　　　　　／s/ John N. Orsini

John N. Orsini (jorsini@fklaw.com)
FRIEDMAN KAPLAN SEILER
 ADELMAN & ROBBINS LLP
7 Times Square
New York, New York 10036-6516
(212) 833-1100

*Attorneys for Plaintiffs Susquehanna Securities,
LLC and Susquehanna Investment Group*

3

4903-5686-7773.1