FRIEDMAN KAPLAN

**JOHN N. ORSINI**
jorsini@fklaw.com
212.833.1186

July 15, 2026

**VIA ECF**

Honorable Arun Subramanian, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Susquehanna Securities LLC, et al. v. John Does 1 Through 100,* No. 1:26-cv-05474 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

This firm represents plaintiffs Susquehanna Securities LLC and Susquehanna Investment Group in the action captioned above (the "Action"). We write to request that the Court enter the attached Protective Order, which is identical to Your Honor's Model Protective Order other than the caption and signatures. We respectfully request that the Court So Order and enter this Protective Order so that it governs the production of documents by the Brokers in response to Plaintiffs' third-party subpoenas (*see* ECF 8-1 to 8-3).

Plaintiff-Intervenor Citadel Securities LLC agrees to the entry of this Protective Order, as indicated by its counsel's signature thereon. In addition, we have sought and obtained the consent of the two John Doe Defendants who have entered appearances in this action, although they have not yet been named as parties: Wenlei Song and New Frontier Investment Management Limited. No other putative John Doe Defendant has filed an appearance in this action at this time.

Respectfully submitted,

*/s/ John N. Orsini*

John N. Orsini

cc: All counsel of record (*by ECF*)