UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSQUEHANNA SECURITIES LLC and SUSQUEHANNA INVESTMENT GROUP,<br><br>Plaintiffs,<br><br>- against -<br><br>JOHN DOES 1 THROUGH 100,<br><br>Defendants. | Case No. 26 Civ. 5474 |

**CERTIFICATE OF SERVICE**

I, Anthony C. Piccirillo, pursuant to 28 U.S.C. § 1746, hereby certify as follows:

1. I am an attorney with the law firm Simpson Thacher & Bartlett LLP and represent Citadel Securities LLC ("Citadel Securities") in the above-captioned matter.

2. On July 15, 2026, I caused to be served a true and correct copy of Citadel Securities' Joinder in Plaintiffs' Request for a Preliminary Injunction, dated July 13, 2026 (ECF 41) (the "Document Served") on Interactive Brokers LLC, TradeUP Securities, Inc., and Futu Holdings Limited in the following manner:

   a. On July 15, 2026, I emailed a copy of the Document Served to the following individuals:

      i. David Luger (Head of Litigation, Interactive Brokers LLC);

      ii. Kevin J. Harnisch (Head of White Collar Defense and Investigations, Norton Rose Fullbright US LLP, outside counsel for TradeUP Securities, Inc.); and

      iii. Hanyu (Iris) Xie (Partner, Latham & Watkins LLP, outside counsel for Futu Holdings Limited).

   b. On July 15, 2026, I caused a true and correct copy of the Document Served, enclosed in a properly addressed wrapper, to be deposited into the custody of

Federal Express for overnight delivery, prior to the latest time designated by

Federal Express for overnight delivery, to the following addresses:

i. Latham & Watkins LLP
ATTN: Hanyu (Iris) Xie
1271 Avenue of the Americas
New York, NY 10020

ii. Cogency Global Inc.
ATTN: Futu Holdings Limited
122 East 42nd Street, 18th Floor
New York, NY 10168

iii. Norton Rose Fulbright US LLP
ATTN: Kevin J. Harnisch
799 9th Street NW
Suite 1000
Washington, DC 20001

iv. TradeUP Securities, Inc.,
437 Madison Ave., 27th Floor
New York NY 10022

v. Interactive Brokers LLC
One Pickwick Plaza
Greenwich, Connecticut 06830

vi. Interactive Brokers Group, Inc.
c/o Corporate Service Company
251 Little Falls Drive
Wilmington, DE 19808

vii. Interactive Brokers LLC
140 Vineyard Ave
Yonkers, NY 10703

I certify under penalty of perjury that the foregoing statements are true and correct.

Dated: July 15, 2026
New York, New York

SIMPSON THACHER & BARTLETT LLP

*\/s/ Anthony C. Piccirillo*
Anthony C. Piccirillo (anthony.piccirillo@stblaw.com)
425 Lexington Ave
New York, NY 10017
(212) 455-2000
*Attorney for Plaintiff-Intervenor*
*Citadel Securities LLC*