UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and
SUSQUEHANNA INVESTMENT GROUP,

                        Plaintiffs,

        - against -

JOHN DOES 1 THROUGH 100,

                        Defendants.

Case No. 1:26-cv-05474

**CERTIFICATE OF SERVICE**

I certify that, on behalf of Plaintiffs Susquehanna Securities LLC and Susquehanna Investment Group ("Susquehanna") and Plaintiff-Intervenor Citadel Securities LLC ("Citadel Securities," and together with Susquehanna, "Plaintiffs"), and pursuant to the June 29, 2026 Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction and Granting Plaintiffs' *Ex Parte* Motion for Expedited Discovery (ECF 10, the "Order"), and this Court's July 10, 2026 Order (ECF 40), I caused the documents stated in paragraph 1 to be served on the individuals and entities set forth in Exhibit A hereto, in the manner set forth below.

1.      <u>Documents Served</u>:  The Order **(ECF 10)**; the July 10, 2026 Order granting Citadel Securities' Motion to Intervene and Extending the Temporary Restraining Order **(ECF 40)**; Susquehanna's Complaint **(ECF 1)**; Susquehanna's Memorandum of Law in Support of Plaintiffs' Application for a Temporary Restraining Order and Preliminary Injunction or Attachment in the Alternative, and Ex Parte Motion for Expedited Discovery **(ECF 5)**; The Declarations of Nathanael Wickman, Brian Sopinsky and John N. Orsini in Support of Plaintiffs' Application for a Temporary Restraining Order and Order to Show Cause for a Preliminary

4910-6079-6352.2

Injunction and Granting Plaintiffs' Ex Parte Motion for Expedited Discovery **(ECF 6, 7, 8)**; Citadel Securities' Complaint **(ECF 13-1)**; Citadel Securities' Order to Show Cause for Intervention **(ECF 27)**; and Citadel Securities' Notice of Joinder **(ECF 41)** (the "Documents Served").

2.    <u>Manner of Service</u>:  As set forth on Exhibit A, on July 20, 21, 22 and 23, 2026, I caused the Documents Served to be delivered to FedEx for delivery to the individuals listed on Exhibit A, at the addresses stated therein, and I caused copies of the Documents Served to be transmitted by email to the individuals listed on Exhibit A, at the email addresses stated therein.

Dated: New York, New York
        July 23, 2026

*/s/ Carolyn Young*
Carolyn Young (cyoung@fklaw.com)
FRIEDMAN KAPLAN SEILER
 ADELMAN & ROBBINS LLP
7 Times Square
New York, New York 10036-6516
(212) 833-1100

*Attorneys for Plaintiffs Susquehanna Securities, LLC and Susquehanna Investment Group*

2

4910-6079-6352.2