*Susquehanna Securities LLC, et al. v. John Does 1 Through 100* , No. 1:26-cv-05474 (AS) (S.D.N.Y.)

**EXHIBIT A**

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|------|-------------|-----------|---------|---------------|----------------------|----------------------|
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/20/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/22/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ███ | ███ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|------|-------------|-----------|---------|---------------|-----------------------|------------------------|
| | | TradeUp | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| █ | █ | IBKR | █ | █ | 7/20/2026 | 7/21/2026 |
| █ | █ | IBKR | █ | █ | 7/20/2026 | 7/21/2026 |
| █ | █ | IBKR | █ | █ | 7/20/2026 | 7/21/2026 |
| █ | █ | IBKR | █ | █ | 7/20/2026 | 7/22/2026 |
| █ | █ | TradeUp | █ | █ | 7/20/2026 | 7/21/2026 |
| █ | █ | IBKR | █ | █ | 7/20/2026 | 7/22/2026 |
| █ | █ | IBKR | █ | █ | 7/20/2026 | 7/21/2026 |
| █ | █ | IBKR | █ | █ | 7/20/2026 | 7/21/2026 |
| █ | █ | IBKR | █ | █ | 7/20/2026 | 7/21/2026 |
| █ | █ | IBKR | █ | █ | 7/20/2026 | 7/21/2026 |
| █ | █ | IBKR | █ | █ | 7/20/2026 | 7/21/2026 |
| █ | █ | IBKR | █ | █ | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | No address Provided |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|------|-------------|-----------|---------|---------------|----------------------|----------------------|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | PO Box - Cannot FedEx. Sent by First Class Mail 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| ██████ | ████ | IBKR | ███ | ███ | 7/20/2026 | 7/22/2026 |
| ██████ | ████ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ██████ | ████ | IBKR | ███ | ███ | 7/20/2026 | 7/22/2026 |
| ██████ | ████ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ██████ | ████ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ██████ | ████ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ██████ | ████ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ██████ | ████ | IBKR | ███ | ███ | 7/20/2026 | 7/20/2026 |
| ██████ | ████ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ██████ | ████ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |
| ██████ | ████ | IBKR | ███ | ███ | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | Email to counsel 7/23/2026 | Fedex to counsel 7/23/2026 |
| | | IBKR | | | Email to counsel 7/23/2026 | Fedex to counsel 7/23/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | TradeUp | | | Email to counsel 7/22/2026 | Fedex to counsel 7/23/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | TradeUp | | | 7/23/2026 | 7/23/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | No address Provided |
| | | IBKR | | | 7/20/2026 | No address Provided |
| | | IBKR | | | 7/20/2026 | No address Provided |
| | | IBKR | | | 7/20/2026 | No address Provided |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/22/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/22/2026 |
|  |  | IBKR |  |  | Email to counsel 7/23/2026 | Fedex to counsel 7/23/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|------|-------------|-----------|---------|---------------|------------------------|------------------------|
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/22/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |
|  |  | IBKR |  |  | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | TradeUp | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | TradeUp | | | 7/20/2026 | 7/21/2026 |
| | | TradeUp | | | 7/20/2026 | 7/21/2026 |
| | | TradeUp | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | No address Provided |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|------|-------------|-----------|---------|---------------|----------------------|----------------------|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | Futu | | | Email to counsel 7/22/2026 | Fedex to counsel 7/23/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/22/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|------|-------------|-----------|---------|---------------|----------------------|----------------------|
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/20/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |
| | | IBKR | | | 7/20/2026 | 7/21/2026 |

| Name | Acct Number | Brokerage | Address | Email Address | Date of Email Service | Date of FedEx Service |
|---|---|---|---|---|---|---|
| ████ | ████ | IBKR | ████ | ████ | 7/20/2026 | 7/21/2026 |
| ████ | ████ | IBKR | ████ | ████ | 7/20/2026 | 7/20/2026 |
| ████ | ████ | IBKR | ████ | ████ | 7/20/2026 | 7/21/2026 |
| ████ | ████ | IBKR | ████ | ████ | 7/20/2026 | 7/20/2026 |
| ████ | ████ | IBKR | ████ | ████ | 7/20/2026 | 7/20/2026 |
| ████ | ████ | IBKR | ████ | ████ | 7/20/2026 | 7/21/2026 |
| ████ | ████ | IBKR | ████ | ████ | 7/20/2026 | 7/21/2026 |
| ████ | ████ | IBKR | ████ | ████ | 7/20/2026 | 7/21/2026 |