UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC
and SUSQUEHANNA INVESTMENT
GROUP,

          Plaintiffs,

v.

JOHN DOES 1 THROUGH 100,

          Defendants.

Case No. 1:26-cv-05474-AS

**DECLARATION OF DEFENDANT YANG JINGYAO IN SUPPORT OF
OPPOSITION TO PRELIMINARY INJUNCTION**

## DECLARATION OF YANG JINGYAO

### 杨敬尧之声明书

I, Yang Jingyao, declare as follows:

本人，杨敬尧，声明如下：

1.　　I am an individual and an unnamed Doe defendant in the above-entitled action.  I have personal knowledge of the facts set forth herein, and if called upon to testify thereto, I could and would competently do so under oath.

本人为一名自然人，且为上述案件中一名未具名(Doe)被告。本人对本声明书所述事实具有亲身了解，如经传唤就此作证，我能够且愿意在宣誓后作证。

2.　　I am a resident of Hong Kong.  I have been a resident of Hong Kong since at least 2020.

本人为香港居民。本人自至少 2020 年 起即为香港居民。

3.　　My personal assets substantially outweigh my personal debts.

本人的个人资产远超本人的个人债务。

4.　　I have no judgments against me.

本人没有任何针对本人的判决。

5.　　I have no debts for which I am delinquent on repayment.

本人没有任何拖欠偿还的债务。

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

本人根据美利坚合众国法律，在明知作伪证须受处罚的情况下声明，上述内容真实无误。

2

Dated:
日期：

July 23, 2026
2026 年 7 月 23 日

YANG JINGYAO
杨敬尧