UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and
SUSQUEHANNA INVESTMENT GROUP,

                                    Plaintiffs,

            - against -

JOHN DOES 1 THROUGH 100,

                                    Defendants.

Case No. 1:26-cv-05474

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on behalf of Plaintiffs Susquehanna Securities LLC and

Susquehanna Investment Group ("Susquehanna") and Plaintiff-Intervenor Citadel Securities

LLC ("Citadel Securities," and together with Susquehanna, "Plaintiffs"), and pursuant to the

June 29, 2026 Temporary Restraining Order and Order to Show Cause for a Preliminary

Injunction and Granting Plaintiffs' *Ex Parte* Motion for Expedited Discovery (ECF 10, the

"Order"), and this Court's July 10, 2026 Order (ECF 40), I caused the documents stated in

paragraph 1 to be served on the individuals and entities set forth in Exhibit A hereto, in the

manner set forth below.

1.      <u>Documents Served</u>:  The Order **(ECF 10)**; the July 10, 2026 Order

granting Citadel Securities' Motion to Intervene and Extending the Temporary Restraining Order

**(ECF 40)**; Susquehanna's Complaint **(ECF 1)**; Susquehanna's Memorandum of Law in Support

of Plaintiffs' Application for a Temporary Restraining Order and Preliminary Injunction or

Attachment in the Alternative, and Ex Parte Motion for Expedited Discovery **(ECF 5)**; The

Declarations of Nathanael Wickman, Brian Sopinsky and John N. Orsini in Support of Plaintiffs'

Application for a Temporary Restraining Order and Order to Show Cause for a Preliminary

4905-5765-2416.1

Injunction and Granting Plaintiffs' Ex Parte Motion for Expedited Discovery **(ECF 6, 7, 8)**;

Citadel Securities' Complaint **(ECF 13-1)**; Citadel Securities' Order to Show Cause for

Intervention **(ECF 27)**; and Citadel Securities' Notice of Joinder **(ECF 41)** (the "Documents

Served").

        2.    <u>Manner of Service</u>:  As set forth on Exhibit A, on July 23, 2026, I caused

the Documents Served to be delivered to FedEx for delivery to the individuals listed on Exhibit

A, at the addresses stated therein, and I caused copies of the Documents Served to be transmitted

by email to the individuals listed on Exhibit A, at the email addresses stated therein.


Dated:  New York, New York
       July 24, 2026

                                    */s/ Carolyn Young*
                                  Carolyn Young (cyoung@fklaw.com)
                                  FRIEDMAN KAPLAN SEILER
                                   ADELMAN & ROBBINS LLP
                                  7 Times Square
                                  New York, New York 10036-6516
                                  (212) 833-1100

                                  *Attorneys for Plaintiffs Susquehanna Securities,*
                                  *LLC and Susquehanna Investment Group*

4905-5765-2416.1