| | | | | | | |
|---|---|---|---|---|---|---|
| *Susquehanna Securities LLC, et al. v. John Does 1 Through 100* , No. 1:26-cv-05474 (AS) (S.D.N.Y.) **EXHIBIT A** | | | | | | |
| **Name** | **Acct Number** | **Brokerage** | **Address** | **Email Address** | **Date of Email Service** | **Date of FedEx Service** |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |
| | | FUTU | | | 7/23/2026 | 7/23/2026 |