UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


SUSQUEHANNA SECURITIES LLC, et al.

Plaintiffs,


v.


JOHN DOE 1 TO 100,

Defendant.


Case No.: 1:26-cv-05474 (AS)


DECLARATION IN SUPPORT OF DISMISSAL AND VACATING ACCOUNT RESTRAINTS


I, HUI NAM B TANG, declare under penalty of perjury under the laws of the United States as follows:


1. I received the court documents in this case on July 27, 2026. I did not receive any prior notice.

2. I hold a brokerage account with Interactive Brokers (IBKR).

3. Between May 7, 2026 and May 21, 2026, I DID NOT PURELY BUY OR PURCHASE ANY SHORT-DATED PUT OPTIONS on FUTU or TIGR.

4. All my related trades were small-volume SELL-TO-OPEN PUT transactions only. I only collected small option premiums and did not profit from the May 22, 2026 stock price decline. Due to close the open positive for the Sell-put option then need to execute buy put option to clear the open position

5. I had no access to any material non-public information or inside information concerning regulatory actions related to FUTU or TIGR. My trading was a routine retail options strategy, not insider trading.

6. I am not the type of defendant identified in the Complaint. I respectfully ask the Court to:

(a) Dismiss me from this action;

(b) Vacate all account restrictions, freezes, or restraints related to this case;

(c) Direct that no further papers be served on me in this matter.

Dated: July 28, 2026

/s/ HUI NAM B TANG

HUI NAM B TANG

Pro Se Defendant