FRIEDMAN KAPLAN

**JOHN N. ORSINI**
jorsini@fklaw.com
212.833.1186

July 30, 2026

**VIA ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Susquehanna Securities LLC, et al. v. John Does 1 Through 100,* No. 1:26-cv-05474 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

This firm represents plaintiffs Susquehanna Securities LLC and Susquehanna Investment Group ("Susquehanna") in the action captioned above (the "Action"). We write jointly with Plaintiff-Intervenor Citadel Securities LLC ("Citadel Securities," and together with Susquehanna, "Plaintiffs") to update the Court, in light of the submissions that certain account holders have been making to the Court (including those doing so *pro se*), on the status of Plaintiffs' analysis of the discovery materials received from Futu Clearing Inc., TradeUP Securities, Inc., Interactive Brokers LLC (collectively, the "Brokers"), and materials received directly from certain account holders whose accounts were frozen by the temporary restraining order entered and extended by the Court (*see* ECF 10, the "TRO"), as such materials relate to the scope of the preliminary injunction Plaintiffs seek in this Action.

As noted in our previous submissions regarding service on the individuals and entities identified by the Brokers (*see* ECF 55-56 and 62-63), there are a large number of accounts that engaged in the Subject Trades[1] and that have been frozen by the Brokers in response to the TRO. On or before August 6, 2026—when Plaintiffs' reply papers to any opposition to the TRO are due—Plaintiffs will submit to the Court a list of account holders whose accounts Plaintiffs believe should be subject to the preliminary injunction Plaintiffs seek during the pendency of this case, and/or with whom Plaintiffs have reached agreements regarding the scope of a preliminary injunction as to their accounts. As to the remaining account holders currently frozen pursuant to the TRO, Plaintiffs will consent to the TRO being lifted and will not seek to include them going forward in connection with the application for a preliminary injunction. Through this process, Plaintiffs expect that the number of account holders at issue will be considerably narrower than the number of accounts currently affected by the TRO.

[1] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Complaint (ECF 1).

As soon as Plaintiffs have completed this process, we will update the Court accordingly.

Respectfully submitted,

*/s/ John N. Orsini*

John N. Orsini

cc: All counsel of record (*by ECF*)