LEWIS BRISBOIS

Minyao Wang
140 Broadway, Suite 3100
New York, New York 10005
Minyao.Wang@lewisbrisbois.com
Direct: 646.989.9428

July 30, 2026

GRANTED. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 66.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: July 31, 2026

**VIA ECF ONLY**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

**Re: Consent Motion for Extension of Time Request in**
***Susquehanna Securities LLC et al v. John Does 1 Through 100***
**Case No. 26 Civ. 5474**

Dear Judge Subramanian:

I represent New Frontier Investment Management Limited ("New Frontier"), one of the John Doe defendants in the above-captioned matter. Our current deadline to file an opposition to the preliminary injunction motion is July 30, 2026.

I write with the consents of both Plaintiffs and Intervenor Plaintiff to request that New Frontier's deadline to file an opposition be extended to ***July 31, 2026***. The parties have made significant progress in agreeing to a stipulated order to resolve the pending preliminary motion with respect to New Frontier only. This modest extension will assist the parties in finalizing a potential agreement.

I thank the Court for its consideration.

Respectfuly submitted,

Minyao Wang of
LEWIS BRISBOIS BISGAARD & SMITH LLP