# DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:26-cv-05474-AS

PLAINTIFFS: SUSQUEHANNA SECURITIES, LLC & SUSQUEHANNA INVESTMENT GROUP
v.
DEFENDANTS: JOHN DOES 1 THROUGH 100

DEFENDANT APPEARING PRO SE: QIAN WANG
Residential Address:
638 PRINCE EDWARD ROAD EAST
FLAT A, 40/F, BLOCK 7 THE LATITUDE SAN PO KONG KOWLOON 999077
Contact Email: Wq79315@gmail.com

INTRODUCTION

This Answer is filed by the Defendant without retaining legal counsel (pro se). I fully deny all material allegations of insider trading brought against me by the Plaintiffs. The court's June 29, 2026 Temporary Restraining Order clearly limits liable defendants to investors who purchased short-dated FUTU put options to speculate on a price crash for illegal windfall profit.

I was incorrectly flagged by the Plaintiffs' automated screening system only because I entered a hedge closing buy order on May 20, 2026, through Interactive Brokers (the brokerage I used for all FUTU option trades). The algorithm cannot distinguish between bearish speculative long puts and risk-mitigating hedge close-out transactions, leading to this misdirected legal notice. None of my trades fit the definition of a liable defendant in this action.

1. General Denial of All Complaint Allegations

The Defendant denies every material claim, factual assertion and accusation set forth in the Plaintiffs' Complaint, save for facts explicitly acknowledged in this Answer.
The Plaintiffs' bulk automated data pull only scans for any "FUTU put purchase"

between May 7 – May 21, 2026 on Interactive Brokers, without reviewing the full matching trade chain to confirm the purchase was solely to close an existing short put position. This procedural error wrongfully subjects me to this litigation.

2. Core Factual Defense: All Put Trades Were Bullish Hedging Actions, No Bearish Speculation

1. On May 14, 2026, via Interactive Brokers, I sold 20 lots of FUTU 117.45 May22 expiry put options. Selling put options is a bullish position: I anticipated FUTU share price would stay flat or rise, and only sought modest premium income for bearing limited downside risk.

2. On May 20, 2026, I bought the exact matching 20 lots of this FUTU put contract only to close and hedge my prior short put position, to cap potential loss if FUTU dropped sharply. This hedge close-out trade generated a tiny net loss of USD 3.04, with zero intent to bet on a price collapse for profit.

3. On May 21, 2026, I opened a new bullish short position by selling another 10 lots of FUTU 97.45 May22 put options, receiving total premium of merely USD 220. This trade was executed within the May 7–May 21 window, and again reflected my expectation that FUTU would not plunge.

4. After the May 22 public regulatory penalty news, I was assigned on my May 21 short put position and forced to purchase 1,000 shares of FUTU stock at the strike price through Interactive Brokers. FUTU's price crashed immediately after the news release, leaving me with large floating losses for multiple days. I fully liquidated all 1,000 FUTU shares on May 26, 2026 at an overall trading loss. I earned no abnormal windfall profit from the stock decline, the exact opposite of the insider traders the Plaintiffs seek to recover damages from.

3. Affirmative Defense: No Access to Any Undisclosed Material Non-Public Information

All my trading judgments about FUTU's regulatory risks were derived from widely circulated public media reports, industry discussions and open market commentary available to every investor prior to May 22, 2026.
I have no personal connection with FUTU Holdings management, U.S. financial regulators, or Chinese financial authorities. I never received, viewed or possessed any unpublished, confidential penalty notice before its official public release, eliminating

any factual basis for an insider trading claim against me.

4. Affirmative Defense: Minimal Trade Size, No Coordinated Market Activity

I only traded small volumes of FUTU options (20 lots, then an additional 10 lots) with no repeated large block orders, no coordinated trading with other accounts, and no multi-position layering typical of traders seeking to exploit undisclosed negative news for massive gain. My trivial premium income of USD 220 cannot justify the Plaintiffs' allegation that I engaged in insider trading for substantial unlawful profit.

REQUEST FOR RELIEF

WHEREFORE, the Defendant respectfully requests the United States District Court for the Southern District of New York to:

1. Dismiss all claims, demands and allegations asserted against me with prejudice;

2. Vacate any potential default judgment that may be entered against me for failure to timely respond;

3. Grant all other fair, just and equitable relief the Court finds appropriate under federal civil rules.

Dated: July 26, 2026

Defendant's Handwritten Original Signature:

Print Full Name: QIAN WANG

# CERTIFICATE OF SERVICE

I, QIAN WANG, over 18 years of age, not a party to this litigation, certify that on July 26, 2026, I mailed two complete original sets of this Defendant's Answer together with all attached exhibits via tracked international courier with return receipt service:

1. One full set addressed to the Clerk's Office of the United States District Court, Southern District of New York

2. One full duplicate copy addressed to the Plaintiffs' legal counsel listed on the June 29, 2026 Temporary Restraining Order.


Dated: July 26, 2026

Handwritten Signature of Person Mailing Documents:

Print Full Name: QIAN WANG

# LIST OF ATTACHED EXHIBITS

Exhibit 1: Certified copy of the Court's June 29, 2026 Temporary Restraining Order – confirms liable defendants are limited to investors purchasing puts to speculate on FUTU's crash

Exhibit 2: Full Interactive Brokers trade statement screenshots (May 14 – May 26, 2026)
2a: May 14 trade record: Sold 20 lots FUTU 117.45 put options
2b: May 20 trade record: Bought matching 20 lots of the same put only for hedge close-out, net loss USD 3.04
2c: May 21 trade record: Sold 10 lots FUTU 97.45 put options, total premium income USD 220
2d: May 22 assignment record; May 26 stock liquidation record showing overall trading loss after FUTU price drop

Exhibit 3: Screenshots of public online news & market commentary discussing cross-border brokerage regulatory risks, published before the May 22 official penalty announcement

Exhibit 4: Full monthly trading statement of all FUTU-related transactions issued by Interactive Brokers, covering the period May 1, 2026 to June 1, 2026

Exhibit ⓒ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSQUEHANNA SECURITIES, LLC and
SUSQUEHANNA INVESTMENT GROUP,

Plaintiffs,

- against -

JOHN DOES 1 THROUGH 100,

Defendants.

Case No. _26 Civ. 5474_____

**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION AND GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXPEDITED DISCOVERY**

---

Upon the declaration of Nathanael Wickman, dated June 26, 2026; the declaration of John N. Orsini, dated June 26, 2026, and exhibits appended thereto; the declaration of Brian Sopinsky, dated June 26, 2026; Plaintiffs Susquehanna Securities, LLC and Susquehanna Investment Group's Memorandum Of Law In Support Of Plaintiffs' Application For a Temporary Restraining Order and Preliminary Injunction or Attachment, and Plaintiffs' *ex parte* Motion for Expedited Discovery, dated June 29, 2026 (the "Application"); the Complaint, dated June 29, 2026; and the proceedings had herein with regard to the present application, it is hereby:

ORDERED, that defendants John Does 1 through 100 ("Defendants"), who consist of all individuals who purchased short-dated[1] put options between May 7, 2026 and May 21, 2026 in Futu Holdings Limited (trading under the ticker FUTU) and UP Fintech Holding Ltd. (trading under the ticker TIGR), through brokerages TradeUP Securities, Inc. ("TradeUP"), Interactive Brokers Group, Inc. ("Interactive Brokers") or Futu Holdings Limited ("Futu") (together, the "Brokers") show cause before a motion term of this Court to be held, at the U.S.

---

[1] For purposes of this application, "short-dated" refers to options that expire less than 30 days from the time of purchase.

4914-6551-3144.1

W α

Case 1:26-cv-05474-AS    Document 10    Filed 06/22/2026    Page 2 of 3

Courthouse, 500 Pearl Street, New York, New York, 10007, Courtroom 15A, at 2 p.m. on July 10, 2026, why an order should not be issued pursuant to Rules 64 and 65 of the Federal Rules of Civil Procedure granting a preliminary injunction enjoining Defendants during the pendency of this action from transferring, encumbering, removing, or otherwise conveying proceeds held in accounts with the third-party Brokers, and enjoining Defendants' employees, owners, agents, officers, directors, attorneys, representatives, affiliates, subsidiaries, successors, and assigns, and all those in active concert or participation with them or having knowledge of the causes of action, including the Brokers, from enabling or assisting Defendants in such uses;

AND IT IS FURTHER ORDERED that, sufficient reason having been shown therefor, pending the hearing of this Application, pursuant to Rules 64 and 65 of the Federal Rules of Civil Procedure:  Defendants are temporarily restrained and enjoined from transferring, encumbering, removing, or otherwise conveying proceeds held in accounts with the Brokers, and this order hereby enjoins Defendants' employees, owners, agents, officers, directors, attorneys, representatives, affiliates, subsidiaries, successors, and assigns, and all those in active concert or participation with them or having knowledge of the causes of action, including the Brokers, from enabling or assisting Defendants in such uses;

AND IT IS FURTHER ORDERED that any papers responding to the Application be served and filed on or before July 7, 2026, and that any reply papers in further support of the Application be served and filed on or before July 9, 2026;

AND IT IS FURTHER ORDERED that security in the amount of $100,000 be posted by Plaintiffs prior to July 1, 2026;

AND IT IS FURTHER ORDERED that, sufficient reason having been shown therefor, Plaintiffs' *ex parte* Motion for Expedited Discovery is **GRANTED,** the stay imposed

4914-6551-3144.1

pursuant to the Private Securities Litigation Reform Act of 1994 is lifted, and Plaintiffs may immediately serve third-party subpoenas duces tecum upon the Brokers prior to conducting a Rule 26(f) conference in the above-captioned action;

AND IT IS FURTHER ORDERED that, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, service via e-mail and FedEx of a copy of this order and the papers upon which it is granted made on the Defendants and/or the Brokers or their counsel on or before June 29, 2026, shall be deemed good and sufficient service and notice thereof.

Dated:   New York, New York
         June 29, 2026

_____
Hon.  Arun Subramanian
United States District Judge

4914-6551-3144.1

*Exhibit ②*
*2α*

4:21    19:30

< 交易詳情    🔔 ⋯

**FUTU**

# N/A
Today's change not available

賣價
買價

今日漲跌幅

母委托單
**Sell - FUTU 22MAY26 117.45 P 0.97 Limit**

變更計稅單位

| | |
|---|---|
| 行動 | 已賣出 |
| 數量 | 20 |
| 價格 | 0.97 |
| 交易代碼 | ○ Opening Trade |
| 交易所 | PHLX |
| 時間 | May 14 23:37:13 |
| 賬戶 | U17253689 |
| 傭金 | 14.070764 |
| 淨額 | 1940 |
| 委託單ID | 01bcf89f.0001e644.6a054f2b.0002 |

*W α*



2b

4:21　　Trip　　　　　　　　19:30　📶 4

< 　交易詳情　　　　　　　🔔 ⚫

FUTU

# N/A
Today's change not available　　賣價
買價

今日漲跌幅

母委托單
**Buy - FUTU 22MAY26 117.45 P 0.96 Limit**

( 🎁 　變更計稅單位 )

| | |
|---|---|
| 行動 | 買入 |
| 數量 | 20 |
| 價格 | 0.96 |
| 交易代碼 | ◦ Closing Trade |
| 交易所 | PSE |
| 時間 | May 20 22:36:03 |
| 賬戶 | U17253689 |
| 傭金 | 8.965 |
| 淨額 | 1920 |
| 已實現盈虧 | -3.035764 |

WQ



**4:08**                         **19:30**  📶 5

**‹** 委託單&交易
  U17253689▾          🔍  🔔  ⋯

掛單          **已成交**        AI Instructions        轉帳

交易                        成交價格/金額/佣金              盈虧

May 26, 2026                                    **$457.87**
已買入 100                    $9,540          -$185.91
95.4 Limit                       $0.46

**FUTU** NASDAQ ℂ        **$95.22**        18:30:14
已賣出 100                    $9,522          -$201.91
95.22 Limit                      $0.46

May 23, 2026                                        $0

**FUTU** Λ ℂ                   $0            04:20:00
22MAY26 97.45 P              $0
Assigned 10                   $0.00
0 Other

**FUTU** Λ ○                 **$97.45**        04:20:00
買入 1000                   $97,450
97.45 Other                    $0.00

May 21, 2026                                        $0

**FUTU** PSE ○              **$0.22**        23:46:43
22MAY26 97.45 P             $220
已賣出 10                     $4.52
0.22 Limit

May 20, 2026                                    -$3.04

**FUTU** PSE ℂ              **$0.96**        22:36:03
22MAY26 117.45 P           $1,920          -$3.04
買入 20                      $8.96
0.96 Limit

May 14, 2026                                        $0

**FUTU** PHLX ○             **$0.97**        23:37:13
22MAY26 117.45 P           $1,940
已賣出 20                    $14.07
0.97 Limit

*Buy Put* (handwritten)
*Sell Put* (handwritten)
*WQ* (handwritten)

2C

4:21    19:30

< 交易詳情    🔔 ⚫⚫⚫

**FUTU**

# N/A

Today's change not available    賣價
買價

今日漲跌幅

母委托單
**Sell - FUTU 22MAY26 97.45 P 0.22 Limit**

( 🖩  變更計稅單位 )

| | |
|---|---|
| 行動 | 已賣出 |
| 數量 | 10 |
| 價格 | 0.22 |
| 交易代碼 | ○ Opening Trade |
| 交易所 | PSE |
| 時間 | May 21 23:46:43 |
| 賬戶 | U17253689 |
| 傭金 | 4.519932 |
| 淨額 | 220 |
| 委託單ID | 01bcf89f.0001e644.6a0e86c9.0001 |

W ⍺

**4:22** 19:30

# ‹ 交易詳情 🔔 •••

**FUTU**

# N/A
Today's change not available

賣價
買價

今日漲跌幅

母委托單
**Buy - FUTU 22MAY26 97.45 P 0 Other**

( 🔀 變更計稅單位 )

| | |
|---|---|
| 行動 | Assigned |
| 數量 | 10 |
| 價格 | 0 |
| 交易代碼 | A Assignment<br>C Closing Trade |
| 時間 | May 23 04:20:00 |
| 賬戶 | U17253689 |
| 傭金 | 0 |
| 淨額 | 0 |
| 交易所執行編碼 | N/A |
| 交易所委託單編碼 | N/A |

4:22    19:30

# 交易詳情

**FUTU** NASDAQ.NMS

99.41  USD x 1000
+0.45  +0.45%

賣價
買價

已收盤
53h 7m 直至開盤

今日漲跌幅

98.13                100.10

母委托單
**Buy - FUTU 97.45 Other**

創建警報    變更計稅單位

| | |
|---|---|
| 行動 | 買入 |
| 數量 | 1000 |
| 價格 | 97.45 |
| 交易代碼 | ᴬ Assignment<br>ᵒ Opening Trade |
| 時間 | May 23 04:20:00 |
| 賬戶 | U17253689 |
| 傭金 | 0 |
| 淨額 | 97450 |
| 交易所執行編碼 | N/A |
| 交易所委託單編碼 | N/A |

4:10    19:30

## 委託單&交易
U17253689▾

掛單    **已成交**    AI Instructions    轉帳

90天 ⌄    近期 ⌄    🔍    **篩選條件** ⥈

FUTU ✕    清除

**Apr 27, 2026 - Jul 25, 2026**    已實現盈虧
18筆交易    **$454.83**

| 交易 | 成交價格/金額/佣金 | 盈虧 |
|---|---|---|
| May 26, 2026 | | $457.87 |
| **FUTU** NASDAQ C | **$99.8** $9,980 $0.47 | 21:30:03 $256.08 |
| 已賣出 100 99.8 Limit | | |
| **FUTU** NASDAQ C | **$99.4** $9,940 $0.46 | 21:30:02 $216.08 |
| 已賣出 100 99.4 Limit | | |
| **FUTU** NASDAQ C P ▾ | **$99.6** $9,960 $0.47 | 21:30:02 $236.08 |
| 已賣出 100 99.6 Limit | | |
| **FUTU** NASDAQ C | **$98.6** $19,720 $0.93 | 21:30:02 $272.17 |
| 已賣出 200 98.6 Limit | | |
| **FUTU** NASDAQ C | **$99.2** $9,920 $0.46 | 21:30:02 $196.08 |
| 已賣出 100 99.2 Limit | | |
| **FUTU** NASDAQ C | **$95.55** $9,555 $0.46 | 20:56:15 -$168.91 |
| 已賣出 100 95.55 Limit | | |
| **FUTU** NASDAQ C P ▾ | **$95.6** $9,560 | 20:56:15 -$163.91 |
| 已賣出 100 | | |

WX

Exhibit ③

4:25    19:30

# 中國證監會等八部門聯合印發《綜合整治非法跨境證券期貨基金經營活動實施方案》

快訊    05/22 16:09    ▶    份鐘

爲進一步防範和打擊非法跨境證券期貨基金經營活動，維護金融市場秩序和投資者合法權益，近日，經國務院同意，中國證監會、工業和信息化部、公安部、中國人民銀行、市場監管總局、金融監管總局、國家網信辦、國家外匯局等八部門聯合印發《綜合整治非法跨境證券期貨基金經營活動實施方案》（以下簡稱《整治方案》）。《整治方案》聚焦取締非法跨境證券期貨基金經營活動，建立綜合施策、標本兼治的長效機制，有利於淨化資本市場生態，保障資本市場健康發展，也有利於引導投資者通過合法渠道開展境外投資，保護投資者合法權益。

《整治方案》總體要求是經過2年集中整治，全面取締境外證券期貨基金經營機構（以下簡稱境外機構）非法跨境經營活動，實現「堅決取

 自選     市場     帳戶     資訊     發現     搜尋

WQ

4:26    19:30

# 證監會嚴肅查處老虎等機構非法跨境展業案件

快訊 · 05/22 16:20    ▶ 1分鐘

| | | | |
|---|---|---|---|
| 富途控股(FUTU.US) | 99.360 | +0.40% | |
| | 99.410 | +0.05% 盤後 | |
| 向上融科(TIGR.US) | 4.730 | -2.87% | |
| | 4.738 | +0.16% 盤後 | |

近 日 ， 證 監 會 依 法 對 TigerBrokers(NZ)Limited、富途證券國際（香港）有限公司、長橋證券（香港）有限公司境內外相關主體在境內非法經營證券業務等行爲立案調查並作出行政處罰事先告知。老虎、富途、長橋境內外相關主體未經我會覈准，未取得經營證券經紀業務許可、經營證券融資融券業務許可，在境內開展證券交易營銷推廣、處理交易指令等相關證券業務服務並獲取相關收益，違反了《證券法》第一百二十條的規定，構成非法經營證券業務。依據《證券法》第二百零二條、《證券投資基金法》第一百三十六條、《期貨和衍生品法》第一百三十二條的規定，我會擬決定沒收老虎、富途、長橋境內外相關主體全部違法所得，並依法嚴厲處罰。擬

 自選     市場     帳戶     資訊     發現     搜尋

4:26    19:30

# 針對跨境證券期貨基金經營活動最新監管指引的回應

 **富途**
發表了文章 · 05/22 17:49 ·

中國證券監督管理委員會（CSRC）與香港證券及期貨事務監察委員會（SFC）於2026年5月22日分別發佈通告，就內地投資者跨境證券期貨基金經營活動事宜向全行業作出指引更新。富途積極擁抱和響應兩地監管機構的指引方向。這些指引和規範爲面向全行業的統一要求，我們將嚴格按照監管機構要求穩步推進相關合規工作。

作爲持牌金融服務機構，富途一直堅持按照高合規標準運營。事實上，富途早前已全面停止爲內地身份申請者開設帳戶，並在打擊造假開戶方面持續努力，對造假零容忍，不斷引進新技術解決方案提高打假成效。過去兩年間，我們駁回了數以萬計不符合規則的開戶申請。一



說點什麼    1258    5012    6061

自選    市場    帳戶    資訊    發現    搜尋

# InteractiveBrokers

Interactive Brokers LLC, Two Pickwick Plaza, Greenwich, CT 06830

## 賬戶信息

| | |
|---|---|
| 名稱 | qian wang |
| 賬戶 | U17253689 |
| 賬戶持有人地址 | 638 Prince Edward Road East<br>Flat A, 40/F, Block 7 The Latitude<br>Hong Kong, 999077<br>Hong Kong Special Administrative Region of China |
| 賬戶類型 | 個人 |
| 客戶類型 | 個人 |
| 賬戶能力 | 保證金 |
| 基礎貨幣 | USD |

## 交易

| 賬戶號碼 | 代碼 | 交易日期/時間 | 結算日期 | 交易所 | 類型 | 數量 | 價格 | 收益 | 傭金 | 費用 | 委托單類型 | 代碼 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **股票** | | | | | | | | | | | | |
| **USD** | | | | | | | | | | | | |
| U17253689 | FUTU | 2026-05-22 | 2026-05-26 | - | BUY | 1,000 | 97.4500 | -97,450.00 | 0.00 | 0.00 | | A;O |
| U17253689 | FUTU | 2026-05-22 | 2026-05-26 | -- | BUY | 1,000 | 97.4500 | -97,450.00 | 0.00 | 0.00 | | A;O |
| 總數 FUTU (買入) | | | | | | 1,000 | 97.4500 | -97,450.00 | 0.00 | 0.00 | | |
| U17253689 | FUTU | 2026-05-26, 06:30:14 | 2026-05-27 | - | SELL | -100 | 95.2200 | 9,522.00 | -0.46 | 0.00 | LMT | C |
| U17253689 | FUTU | 2026-05-26, 06:30:14 | 2026-05-27 | NASDAQ | SELL | -100 | 95.2200 | 9,522.00 | -0.46 | 0.00 | LMT | C |
| U17253689 | FUTU | 2026-05-26, 07:45:17 | 2026-05-27 | - | SELL | -100 | 95.4000 | 9,540.00 | -0.46 | 0.00 | LMT | C;P |
| U17253689 | FUTU | 2026-05-26, 07:45:17 | 2026-05-27 | NASDAQ | SELL | -98 | 95.4000 | 9,349.20 | -0.45 | 0.00 | LMT | C;P |
| U17253689 | FUTU | 2026-05-26, 07:45:17 | 2026-05-27 | NASDAQ | SELL | -2 | 95.4000 | 190.80 | 0.00 | 0.00 | LMT | C;P |
| U17253689 | FUTU | 2026-05-26, 08:56:15 | 2026-05-27 | - | SELL | -100 | 95.5500 | 9,555.00 | -0.46 | 0.00 | LMT | C |
| U17253689 | FUTU | 2026-05-26, 08:56:15 | 2026-05-27 | NASDAQ | SELL | -100 | 95.5500 | 9,555.00 | -0.46 | 0.00 | LMT | C |
| U17253689 | FUTU | 2026-05-26, 08:56:15 | 2026-05-27 | - | SELL | -100 | 95.6000 | 9,560.00 | -0.46 | 0.00 | LMT | C;P |
| U17253689 | FUTU | 2026-05-26, 08:56:15 | 2026-05-27 | NASDAQ | SELL | -40 | 95.6000 | 3,824.00 | -0.39 | 0.00 | LMT | C;P |
| U17253689 | FUTU | 2026-05-26, 08:56:15 | 2026-05-27 | NASDAQ | SELL | -60 | 95.6000 | 5,736.00 | -0.06 | 0.00 | LMT | C;P |
| U17253689 | FUTU | 2026-05-26, 09:30:02 | 2026-05-27 | - | SELL | -100 | 99.4000 | 9,940.00 | -0.46 | 0.00 | LMT | C |
| U17253689 | FUTU | 2026-05-26, 09:30:02 | 2026-05-27 | NASDAQ | SELL | -100 | 99.4000 | 9,940.00 | -0.46 | 0.00 | LMT | C |
| U17253689 | FUTU | 2026-05-26, 09:30:02 | 2026-05-27 | - | SELL | -100 | 99.6000 | 9,960.00 | -0.47 | 0.00 | LMT | C;P |
| U17253689 | FUTU | 2026-05-26, 09:30:02 | 2026-05-27 | NASDAQ | SELL | -19 | 99.6000 | 1,892.40 | -0.37 | 0.00 | LMT | C;P |
| U17253689 | FUTU | 2026-05-26, 09:30:02 | 2026-05-27 | NASDAQ | SELL | -31 | 99.6000 | 3,087.60 | -0.04 | 0.00 | LMT | C;P |
| U17253689 | FUTU | 2026-05-26, 09:30:02 | 2026-05-27 | NASDAQ | SELL | -50 | 99.6000 | 4,980.00 | -0.06 | 0.00 | LMT | C;P |
| U17253689 | FUTU | 2026-05-26, 09:30:02 | 2026-05-27 | - | SELL | -200 | 98.6000 | 19,720.00 | -0.93 | 0.00 | LMT | C |

交易

| 账户號碼 | 代碼 | 交易日期/時間 | 結算日期 | 類型 | 交易所 | 數量 | 價格 | 收益 | 費用 | 委托類型 | 代碼 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U17253689 | FUTU | 2026-05-26, 09:30:02 | 2026-05-27 | SELL | NASDAQ | -200 | 98.6000 | 19,720.00 | -0.93 | LMT | C |
| U17253689 | FUTU | 2026-05-26, 09:30:02 | 2026-05-27 | SELL | | -100 | 99.2000 | 9,920.00 | -0.46 | LMT | C |
| U17253689 | FUTU | 2026-05-26, 09:30:02 | 2026-05-27 | SELL | NASDAQ | -100 | 99.2000 | 9,920.00 | -0.46 | LMT | C |
| U17253689 | FUTU | 2026-05-26, 09:30:03 | 2026-05-27 | SELL | | -100 | 99.8000 | 9,980.00 | -0.47 | LMT | C |
| U17253689 | FUTU | 2026-05-26, 09:30:03 | 2026-05-27 | SELL | NASDAQ | -100 | 99.8000 | 9,980.00 | -0.47 | LMT | C |
| 總數 FUTU (賣出) | | | | | | -1,000 | 97.6970 | 97,697.00 | -4.61 | 0.00 | |
| 總數 FUTU | | | | | | 0 | | 247.00 | -4.61 | 0.00 | |
| U17253689 | GOOG | 2026-06-02, 17:01:36 | 2026-06-02 | BUY | | 10 | 366.8900 | -3,668.90 | -0.34 | LMT | O |
| U17253689 | GOOG | 2026-06-02, 17:01:36 | 2026-06-02 | BUY | NASDAQ | 10 | 366.8900 | -3,668.90 | -0.34 | LMT | O |
| U17253689 | GOOG | 2026-06-02, 18:48:21 | 2026-06-02 | BUY | | 10 | 365.3600 | -3,653.60 | -0.34 | LMT | O |
| U17253689 | GOOG | 2026-06-02, 18:48:21 | 2026-06-02 | BUY | NASDAQ | 10 | 365.3600 | -3,653.60 | -0.34 | LMT | O |
| 總數 GOOG (買入) | | | | | | 20 | 366.1250 | -7,322.50 | -0.68 | 0.00 | |
| U17253689 | LITX | 2026-05-28, 04:18:50 | 2026-05-28 | BUY | | 100 | 42.9400 | -4,294.00 | -0.21 | LMT | O |
| U17253689 | LITX | 2026-05-28, 04:18:50 | 2026-05-28 | BUY | ARCA | 100 | 42.9400 | -4,294.00 | -0.21 | LMT | O |
| U17253689 | LITX | 2026-05-28, 09:40:19 | 2026-05-28 | BUY | | 100 | 38.9700 | -3,897.00 | -0.21 | LMT | O |
| U17253689 | LITX | 2026-05-28, 09:40:19 | 2026-05-28 | BUY | ARCA | 100 | 38.9700 | -3,897.00 | -0.21 | LMT | O |
| U17253689 | LITX | 2026-05-29, 09:34:31 | 2026-06-01 | BUY | | 200 | 36.9000 | -7,380.00 | -0.42 | LMT | O |
| U17253689 | LITX | 2026-05-29, 09:34:31 | 2026-06-01 | BUY | ARCA | 200 | 36.9000 | -7,380.00 | -0.42 | LMT | O |
| 總數 LITX (買入) | | | | | | 400 | 38.9275 | -15,571.00 | -0.84 | 0.00 | |
| U17253689 | LITX | 2026-06-01, 15:34:23 | 2026-06-02 | SELL | ARCA | -400 | 41.7000 | 16,680.00 | -1.26 | LMT | C;P |
| U17253689 | LITX | 2026-06-01, 15:34:23 | 2026-06-02 | SELL | ARCA | -1 | 41.7000 | 41.70 | -0.35 | LMT | C;P |
| U17253689 | LITX | 2026-06-01, 15:34:24 | 2026-06-02 | SELL | ARCA | -399 | 41.7000 | 16,638.30 | -0.91 | LMT | C;P |
| 總數 LITX (賣出) | | | | | | -400 | 41.7000 | 16,680.00 | -1.26 | 0.00 | |
| 總數 LITX | | | | | | 0 | | 1,109.00 | -2.11 | 0.00 | |
| U17253689 | TSLL | 2026-05-27, 04:11:59 | 2026-05-28 | BUY | | 300 | 16.0300 | -4,809.00 | -2.01 | LMT | O;P |
| U17253689 | TSLL | 2026-05-27, 04:11:59 | 2026-05-28 | BUY | BATS | 41 | 16.0300 | -657.23 | -0.48 | LMT | O;P |
| U17253689 | TSLL | 2026-05-27, 04:11:59 | 2026-05-28 | BUY | BATS | 220 | 16.0300 | -3,526.60 | -1.27 | LMT | O;P |
| U17253689 | TSLL | 2026-05-27, 04:11:59 | 2026-05-28 | BUY | BATS | 39 | 16.0300 | -625.17 | -0.26 | LMT | O;P |
| U17253689 | TSLL | 2026-05-28, 09:01:32 | 2026-05-29 | BUY | | 100 | 16.1500 | -1,615.00 | -0.24 | LMT | O |
| U17253689 | TSLL | 2026-05-28, 09:01:32 | 2026-05-29 | BUY | NASDAQ | 100 | 16.1500 | -1,615.00 | -0.24 | LMT | O |
| U17253689 | TSLL | 2026-05-28, 09:09:19 | 2026-05-29 | BUY | | 100 | 16.0800 | -1,608.00 | -0.37 | LMT | O |
| U17253689 | TSLL | 2026-05-28, 09:09:19 | 2026-05-29 | BUY | DARK | 100 | 16.0800 | -1,608.00 | -0.37 | LMT | O |
| U17253689 | TSLL | 2026-05-28, 09:36:31 | 2026-05-29 | BUY | | 100 | 16.1050 | -1,610.50 | -0.37 | LMT | O |
| U17253689 | TSLL | 2026-05-28, 09:36:31 | 2026-05-29 | BUY | DARK | 100 | 16.1050 | -1,610.50 | -0.37 | LMT | O |
| U17253689 | TSLL | 2026-06-01, 09:36:00 | 2026-06-02 | BUY | NASDAQ | 200 | 15.0400 | -3,008.00 | -0.48 | LMT | O |
| U17253689 | TSLL | 2026-06-01, 09:36:00 | 2026-06-02 | BUY | NASDAQ | 200 | 15.0400 | -3,008.00 | -0.48 | LMT | O |
| U17253689 | TSLL | 2026-06-01, 15:41:31 | 2026-06-02 | BUY | | 250 | 14.4800 | -3,620.00 | -0.13 | LMT | O |
| U17253689 | TSLL | 2026-06-01, 15:41:31 | 2026-06-02 | BUY | NYSE | 250 | 14.4800 | -3,620.00 | -0.13 | LMT | O |
| 總數 TSLL (買入) | | | | | | 1,050 | 15.49714286 | -16,270.50 | -3.60 | 0.00 | |
| U17253689 | TSLL | 2026-05-27, 10:52:03 | 2026-05-28 | SELL | | -300 | 16.6000 | 4,980.00 | -0.88 | LMT | C;P |
| U17253689 | TSLL | 2026-05-27, 10:52:03 | 2026-05-28 | SELL | NASDAQ | -138 | 16.6000 | 2,290.80 | -0.41 | LMT | C;P |
| U17253689 | TSLL | 2026-05-27, 10:52:03 | 2026-05-28 | SELL | NASDAQ | -162 | 16.6000 | 2,689.20 | -0.48 | LMT | C;P |
| 總數 TSLL (賣出) | | | | | | -300 | 16.6000 | 4,980.00 | -0.88 | 0.00 | |
| 總數 TSLL | | | | | | 750 | | -11,290.50 | -4.48 | 0.00 | |
| 總數 | | | | | | | | -17,257.00 | -11.88 | 0.00 | |

交易

股票和指數期權

**USD**

| 帳戶 / 符號 | 交易時間 / 日期 | 交易所 | 買/賣 | 數量 | 成交價 | 金額 | 佣金 | | 訂單 | 代碼 |
|---|---|---|---|---|---|---|---|---|---|---|
| U17253689  FUTU 22MAY26 97.45 P | 2026-05-22 | - | BUY | 10 | 0.0000 | 0.00 | 0.00 | 0.00 | LMT | A:C |
| U17253689  FUTU 22MAY26 97.45 P | 2026-05-26 | - | BUY | 10 | 0.0000 | 0.00 | 0.00 | 0.00 | LMT | A:C |
| **總數 FUTU 260522P00097450 (買入)** | | | | **20** | **0.0000** | **0.00** | **0.00** | **0.00** | | |
| U17253689  FUTU 22MAY26 97.45 P | 2026-05-21, 11:46:43 | PSE | SELL | -10 | 0.2200 | 220.00 | -4.52 | 0.00 | LMT | O |
| U17253689  FUTU 22MAY26 97.45 P | 2026-05-22 | PSE | SELL | -10 | 0.2200 | 220.00 | -4.52 | 0.00 | LMT | O |
| **總數 FUTU 260522P00097450 (賣出)** | | | | **-20** | **0.2200** | **220.00** | **-4.52** | **0.00** | | |
| **總數 FUTU 260522P00097450** | | | | **0** | | **220.00** | **-4.52** | **0.00** | | A:C |
| U17253689  FUTU 22MAY26 117.45 P | 2026-05-20, 10:36:03 | PSE | BUY | 20 | 0.9600 | -1,920.00 | -8.96 | 0.00 | LMT | C |
| U17253689  FUTU 22MAY26 117.45 P | 2026-05-21 | PSE | BUY | 20 | 0.9600 | -1,920.00 | -8.96 | 0.00 | LMT | C |
| **總數 FUTU 260522P00117450 (買入)** | | | | **20** | **0.9600** | **-1,920.00** | **-8.96** | **0.00** | | |
| U17253689  FUTU 22MAY26 117.45 P | 2026-05-14, 11:37:13 | PHLX | SELL | -20 | 0.9700 | 1,940.00 | -14.07 | 0.00 | LMT | O |
| U17253689  FUTU 22MAY26 117.45 P | 2026-05-15 | PSE | SELL | -20 | 0.9700 | 1,940.00 | -14.07 | 0.00 | LMT | O |
| **總數 FUTU 260522P00117450 (賣出)** | | | | **-20** | **0.9700** | **1,940.00** | **-14.07** | **0.00** | | |
| **總數 FUTU 260522P00117450** | | | | **0** | | **20.00** | **-23.04** | **0.00** | | C:P |
| U17253689  INTC 05JUN26 93 P | 2026-06-01, 09:47:25 | - | SELL | -10 | 0.4400 | 440.00 | -4.52 | 0.00 | LMT | O |
| U17253689  INTC 05JUN26 93 P | 2026-06-02 | - | SELL | -10 | 0.4400 | 440.00 | -4.52 | 0.00 | LMT | O |
| **總數 INTC 260605P00093000 (賣出)** | | | | **-10** | **0.4400** | **440.00** | **-4.52** | **0.00** | | C:P |
| U17253689  MSTR 22MAY26 148 P | 2026-05-22 | - | BUY | 20 | 0.9700 | -1,940.00 | -14.07 | 0.00 | | C:Ep |
| U17253689  MSTR 22MAY26 148 P | 2026-05-26 | - | BUY | 30 | 0.0000 | 0.00 | 0.00 | 0.00 | | C:Ep |
| **總數 MSTR 260522P00148000 (買入)** | | | | **30** | **0.0000** | **0.00** | **0.00** | **0.00** | | |
| U17253689  MSTR 22MAY26 148 P | 2026-05-14, 10:44:33 | PSE | SELL | -30 | 0.4700 | 1,410.00 | -13.58 | 0.00 | LMT | O |
| U17253689  MSTR 22MAY26 148 P | 2026-05-15 | PSE | SELL | -30 | 0.4700 | 1,410.00 | -13.58 | 0.00 | LMT | O |
| **總數 MSTR 260522P00148000 (賣出)** | | | | **-30** | **0.4700** | **1,410.00** | **-13.58** | **0.00** | | C:Ep |
| U17253689  MSTR 29MAY26 141 P | 2026-05-22, 10:14:06 | PHLX | SELL | -10 | 0.3900 | 390.00 | -7.02 | 0.00 | LMT | O |
| U17253689  MSTR 29MAY26 141 P | 2026-05-26 | - | SELL | -10 | 0.3900 | 390.00 | -7.02 | 0.00 | | C:Ep |
| **總數 MSTR 260529P00141000 (賣出)** | | | | **-10** | **0.3900** | **390.00** | **-7.02** | **0.00** | | |
| U17253689  MSTR 29MAY26 141 P | 2026-05-29 | - | BUY | 10 | 0.0000 | 0.00 | 0.00 | 0.00 | BUY | C:Ep |
| U17253689  MSTR 29MAY26 141 P | 2026-06-01 | - | BUY | 10 | 0.0000 | 0.00 | 0.00 | 0.00 | BUY | C:Ep |
| **總數 MSTR 260529P00141000 (買入)** | | | | **0** | | **0.00** | **0.00** | **0.00** | | |
| U17253689  NVDL 22MAY26 83 P | 2026-05-29 | - | SELL | -30 | 0.4700 | 1,410.00 | -13.58 | 0.00 | LMT | C:Ep |
| U17253689  NVDL 22MAY26 83 P | 2026-05-22 | - | SELL | -30 | 0.4700 | 1,410.00 | -13.58 | 0.00 | LMT | C:Ep |
| **總數 NVDL 260522P00083000 (賣出)** | | | | **-30** | **0.4700** | **1,410.00** | **-13.58** | **0.00** | | |
| U17253689  NVDL 22MAY26 83 P | 2026-05-15 | MERCURY | SELL | -30 | 0.3800 | 1,140.00 | -21.07 | 0.00 | LMT | O:P |
| U17253689  NVDL 22MAY26 83 P | 2026-05-15 | MERCURY | SELL | -12 | 0.3800 | 456.00 | -8.43 | 0.00 | LMT | O:P |
| U17253689  NVDL 22MAY26 83 P | 2026-05-15 | MERCURY | SELL | -18 | 0.3800 | 684.00 | -12.64 | 0.00 | LMT | O:P |
| **總數 NVDL 260522P00083000 (買入)** | | | | **0** | **0.3800** | **1,140.00** | **-21.07** | **0.00** | | O:P |
| U17253689  NVDL 22MAY26 90 P | 2026-05-14, 09:57:06 | MERCURY | BUY | 30 | 0.6900 | -2,070.00 | -20.95 | 0.00 | LMT | O:P |
| U17253689  NVDL 22MAY26 90 P | 2026-05-14, 09:57:06 | MERCURY | BUY | 6 | 0.6900 | -414.00 | -4.19 | 0.00 | LMT | O:P |
| U17253689  NVDL 22MAY26 90 P | 2026-05-14, 09:57:06 | MERCURY | BUY | 6 | 0.6900 | -414.00 | -4.19 | 0.00 | LMT | O:P |
| U17253689  NVDL 22MAY26 90 P | 2026-05-15 | MERCURY | BUY | 12 | 0.6900 | -828.00 | -8.38 | 0.00 | LMT | O:P |
| U17253689  NVDL 22MAY26 90 P | 2026-05-15 | MERCURY | BUY | 6 | 0.6900 | -414.00 | -4.19 | 0.00 | LMT | O:P |
| U17253689  NVDL 22MAY26 90 P | 2026-05-26 | - | BUY | 30 | 0.0000 | 0.00 | 0.00 | 0.00 | LMT | C:Ep |

W C

交易

| 帳戶 | 代號 | 時間 | 日期 | 交易所 | 買賣 | 數量 | 價格 | 金額 | 佣金 | 稅 | 類型 | 代碼 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U17253689 | NVDL 22MAY26 90 P | | 2026-05-22 | -- | BUY | 30 | 0.0000 | 0.00 | 0.00 | 0.00 | | C:Ep |
| **總數 NVDL 260522P00090000 (買入)** | | | | | | **60** | **0.3450** | **-2,070.00** | **-20.95** | **0.00** | | **C** |
| U17253689 | NVDL 22MAY26 90 P | 2026-05-14, 10:11:54 | 2026-05-15 | -- | SELL | -30 | 0.6000 | 1,800.00 | -6.38 | 0.00 | LMT | C |
| U17253689 | NVDL 22MAY26 90 P | 2026-05-14, 10:11:54 | 2026-05-15 | MEMX | SELL | -30 | 0.6000 | 1,800.00 | -6.38 | 0.00 | LMT | C |
| U17253689 | NVDL 22MAY26 90 P | 2026-05-14, 10:35:51 | 2026-05-15 | -- | SELL | -30 | 0.5400 | 1,620.00 | -21.08 | 0.00 | LMT | O |
| U17253689 | NVDL 22MAY26 90 P | 2026-05-14, 10:35:51 | 2026-05-15 | PHLX | SELL | -30 | 0.5400 | 1,620.00 | -21.08 | 0.00 | LMT | O |
| **總數 NVDL 260522P00090000 (賣出)** | | | | | | **-60** | **0.5700** | **3,420.00** | **-27.46** | **0.00** | | |
| **總數 NVDL 260522P00090000** | | | | | | **0** | | **1,350.00** | **-48.41** | **0.00** | | |
| U17253689 | NVDL 29MAY26 90 P | 2026-05-29 | 2026-06-01 | -- | BUY | 10 | 0.0000 | 0.00 | 0.00 | 0.00 | | C:Ep |
| U17253689 | NVDL 29MAY26 90 P | 2026-05-29 | 2026-06-01 | -- | BUY | 10 | 0.0000 | 0.00 | 0.00 | 0.00 | | C:Ep |
| **總數 NVDL 260529P00090000 (買入)** | | | | | | **10** | **0.0000** | **0.00** | **0.00** | **0.00** | | **O** |
| U17253689 | NVDL 29MAY26 90 P | 2026-05-21, 11:52:41 | 2026-05-22 | -- | SELL | -10 | 0.2500 | 250.00 | -2.12 | 0.00 | LMT | O |
| U17253689 | NVDL 29MAY26 90 P | 2026-05-21, 11:52:41 | 2026-05-22 | MEMX | SELL | -10 | 0.2500 | 250.00 | -2.12 | 0.00 | LMT | O |
| **總數 NVDL 260529P00090000 (賣出)** | | | | | | **-10** | **0.2500** | **250.00** | **-2.12** | **0.00** | | |
| **總數 NVDL 260529P00090000** | | | | | | **0** | | **250.00** | **-2.12** | **0.00** | | |
| U17253689 | NVDL 05JUN26 83.5 P | 2026-05-27, 10:29:09 | 2026-05-28 | -- | SELL | -10 | 0.5000 | 500.00 | -2.13 | 0.00 | LMT | O |
| U17253689 | NVDL 05JUN26 83.5 P | 2026-05-27, 10:29:09 | 2026-05-28 | MEMX | SELL | -10 | 0.5000 | 500.00 | -2.13 | 0.00 | LMT | O |
| **總數 NVDL 260605P00083500 (賣出)** | | | | | | **-10** | **0.5000** | **500.00** | **-2.13** | **0.00** | | |
| U17253689 | TLT 29MAY26 84 P | 2026-05-14, 11:01:31 | 2026-05-15 | -- | BUY | 100 | 0.1700 | -1,700.00 | -99.03 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84 P | 2026-05-14, 11:01:31 | 2026-05-15 | NASDAQBX | BUY | 25 | 0.1700 | -425.00 | -27.46 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84 P | 2026-05-14, 11:01:31 | 2026-05-15 | NASDAQBX | BUY | 1 | 0.1700 | -17.00 | -1.10 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84 P | 2026-05-14, 11:01:31 | 2026-05-15 | CBOE | BUY | 5 | 0.1700 | -85.00 | -3.50 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84 P | 2026-05-14, 11:01:31 | 2026-05-15 | NASDAQBX | BUY | 51 | 0.1700 | -867.00 | -56.01 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84 P | 2026-05-14, 11:01:31 | 2026-05-15 | EDGX | BUY | 1 | 0.1700 | -17.00 | -0.69 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84 P | 2026-05-14, 11:01:31 | 2026-05-15 | CBOE | BUY | 5 | 0.1700 | -85.00 | -3.50 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84 P | 2026-05-14, 11:01:31 | 2026-05-15 | CBOE | BUY | 1 | 0.1700 | -17.00 | -0.70 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84 P | 2026-05-14, 11:01:31 | 2026-05-15 | BOX | BUY | 10 | 0.1700 | -170.00 | -4.98 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84 P | 2026-05-14, 11:01:31 | 2026-05-15 | ISE | BUY | 1 | 0.1700 | -17.00 | -1.09 | 0.00 | LMT | C:P |
| **總數 TLT 260529P00084000 (買入)** | | | | | | **100** | **0.1700** | **-1,700.00** | **-99.03** | **0.00** | | |
| U17253689 | TLT 29MAY26 84.5 P | 2026-05-14, 11:00:28 | 2026-05-15 | -- | BUY | 150 | 0.2600 | -3,900.00 | -175.64 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84.5 P | 2026-05-14, 11:00:28 | 2026-05-15 | PEARL | BUY | 45 | 0.2600 | -1,170.00 | -53.02 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84.5 P | 2026-05-14, 11:00:28 | 2026-05-15 | PEARL | BUY | 50 | 0.2600 | -1,300.00 | -58.91 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84.5 P | 2026-05-14, 11:00:28 | 2026-05-15 | MEMX | BUY | 50 | 0.2600 | -1,300.00 | -57.91 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 84.5 P | 2026-05-14, 11:00:28 | 2026-05-15 | MEMX | BUY | 5 | 0.2600 | -130.00 | -5.79 | 0.00 | LMT | C:P |
| **總數 TLT 260529P00084500 (買入)** | | | | | | **150** | **0.2600** | **-3,900.00** | **-175.64** | **0.00** | | |
| U17253689 | TLT 29MAY26 84.5 P | 2026-05-11, 15:52:39 | 2026-05-12 | -- | SELL | -50 | 0.3000 | 1,500.00 | -58.11 | 0.00 | LMT | O:P |
| U17253689 | TLT 29MAY26 84.5 P | 2026-05-11, 15:52:39 | 2026-05-12 | MEMX | SELL | -49 | 0.3000 | 1,470.00 | -56.95 | 0.00 | LMT | O:P |
| U17253689 | TLT 29MAY26 84.5 P | 2026-05-11, 15:52:39 | 2026-05-12 | MEMX | SELL | -1 | 0.3000 | 30.00 | -1.16 | 0.00 | LMT | O:P |
| **總數 TLT 260529P00084500 (賣出)** | | | | | | **-50** | **0.3000** | **1,500.00** | **-58.11** | **0.00** | | |
| **總數 TLT 260529P00084500** | | | | | | **100** | | **-2,400.00** | **-233.75** | **0.00** | | |
| U17253689 | TLT 29MAY26 85 P | 2026-05-08, 09:34:51 | 2026-05-11 | -- | BUY | 50 | 0.3100 | -1,550.00 | -13.91 | 0.00 | LMT | C |
| U17253689 | TLT 29MAY26 85 P | 2026-05-08, 09:34:51 | 2026-05-11 | CBOE2 | BUY | 50 | 0.3100 | -1,550.00 | -13.91 | 0.00 | LMT | C |
| U17253689 | TLT 29MAY26 85 P | 2026-05-08, 09:42:09 | 2026-05-11 | -- | BUY | 50 | 0.2900 | -1,450.00 | -55.14 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 85 P | 2026-05-08, 09:42:09 | 2026-05-11 | NASDAQBX | BUY | 21 | 0.2900 | -609.00 | -23.06 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 85 P | 2026-05-08, 09:42:09 | 2026-05-11 | CBOE2 | BUY | 5 | 0.2900 | -145.00 | -5.64 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 85 P | 2026-05-08, 09:42:09 | 2026-05-11 | ISE | BUY | 11 | 0.2900 | -319.00 | -11.97 | 0.00 | LMT | C:P |
| U17253689 | TLT 29MAY26 85 P | 2026-05-08, 09:42:09 | 2026-05-11 | CBOE2 | BUY | 8 | 0.2900 | -232.00 | -9.03 | 0.00 | LMT | C:P |

永晟證券有限公司　May 1, 2026 - June 1, 2026

交易

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| U17253689 | TLT 29MAY26 85 P | 2026-05-08, 09:42:09 | 2026-05-11 | ISE | BUY | 5 | 0.2900 | -145.00 | -5.44 | 0.00 | LMT | C;P |
| U17253689 | TLT 29MAY26 85 P | 2026-05-12, 09:32:09 | 2026-05-13 | - | BUY | 50 | 0.5692 | -2,846.00 | -27.14 | 0.00 | LMT | C;P |
| U17253689 | TLT 29MAY26 85 P | 2026-05-12, 09:32:09 | 2026-05-13 | EDGX | BUY | 5 | 0.5700 | -285.00 | -3.44 | 0.00 | LMT | C;P |
| U17253689 | TLT 29MAY26 85 P | 2026-05-12, 09:32:09 | 2026-05-13 | SAPPHIRE | BUY | 8 | 0.5700 | -456.00 | -1.75 | 0.00 | LMT | C;P |
| U17253689 | TLT 29MAY26 85 P | 2026-05-12, 09:32:09 | 2026-05-13 | MIAX | BUY | 4 | 0.5700 | -228.00 | -2.79 | 0.00 | LMT | C;P |
| U17253689 | TLT 29MAY26 85 P | 2026-05-12, 09:32:09 | 2026-05-13 | BOX | BUY | 29 | 0.5700 | -1,653.00 | -14.45 | 0.00 | LMT | C;P |
| U17253689 | TLT 29MAY26 85 P | 2026-05-12, 09:32:09 | 2026-05-13 | BATS | BUY | 4 | 0.5600 | -224.00 | -4.71 | 0.00 | LMT | C;P |
| **總數 TLT  260529P00085000 (買入)** | | | | | | **150** | **0.389733333** | **-5,846.00** | **-96.20** | **0.00** | |
| U17253689 | TLT 30JUN26 85 P | 2026-05-22, 09:49:41 | 2026-05-26 | - | BUY | 75 | 1.5100 | -11,325.00 | -52.37 | 0.00 | LMT | C;P |
| U17253689 | TLT 30JUN26 85 P | 2026-05-22, 09:49:41 | 2026-05-26 | PHLX | BUY | 37 | 1.5100 | -5,587.00 | -25.84 | 0.00 | LMT | C;P |
| U17253689 | TLT 30JUN26 85 P | 2026-05-22, 09:49:41 | 2026-05-26 | PHLX | BUY | 38 | 1.5100 | -5,738.00 | -26.53 | 0.00 | LMT | C;P |
| **總數 TLT  260630P00085000 (買入)** | | | | | | **75** | **1.5100** | **-11,325.00** | **-52.37** | **0.00** | |
| U17253689 | TLT 17JUL26 85 P | 2026-05-22, 09:47:59 | 2026-05-26 | - | BUY | 75 | 1.8500 | -13,875.00 | -89.00 | 0.00 | LMT | C;P |
| U17253689 | TLT 17JUL26 85 P | 2026-05-22, 09:47:59 | 2026-05-26 | NASDAQOM | BUY | 71 | 1.8500 | -13,135.00 | -84.37 | 0.00 | LMT | C;P |
| U17253689 | TLT 17JUL26 85 P | 2026-05-22, 09:47:59 | 2026-05-26 | MEMX | BUY | 4 | 1.8500 | -740.00 | -4.63 | 0.00 | LMT | C;P |
| **總數 TLT  260717P00085000 (買入)** | | | | | | **75** | **1.8500** | **-13,875.00** | **-89.00** | **0.00** | |
| **總數** | | | | | | | | **-29,426.00** | **-696.75** | **0.00** | |

金融產品信息

| 代碼 | 描述 | 合約編號 | 證券號碼 | 底層證券 | 上市交易所 | 乘數 | 類型 | | 代碼 |
|---|---|---|---|---|---|---|---|---|---|
| **股票** | | | | | | | | | |
| FUTU | FUTU HOLDINGS LTD-ADR | 356068332 | US36118L1061 | FUTU | NASDAQ | 1 | ADR | | |
| GOOG | ALPHABET INC-CL C | 208813720 | US02079K1079 | GOOG | NASDAQ | 1 | COMMON | | |
| LITX | TRADR 2X LG LITE DA ETF | 849555198 | US46152A6507 | LITX | BATS | 1 | ETF | | |
| TSLL | DIRX DLY TSLA BUL 2X ETF-AUI | 578561429 | US25460G2865 | TSLL | NASDAQ | 1 | ETF | | |

| 代碼 | 描述 | 合約編號 | 底層證券 | 上市交易所 | 乘數 | 到期 | 發送月份 | 類型 | 執行 | 代碼 |
|---|---|---|---|---|---|---|---|---|---|---|
| **股票和指數期權** | | | | | | | | | | |
| FUTU  260522P00097450 | FUTU 22MAY26 97.45 P | 871263046 | FUTU | CBOE | 100 | 2026-05-22 | 2026-05 | P | 97.45 | |
| FUTU  260522P00117450 | FUTU 22MAY26 117.45 P | 871263266 | FUTU | CBOE | 100 | 2026-05-22 | 2026-05 | P | 117.45 | |
| INTC  260605P00093000 | INTC 05JUN26 93 P | 879001676 | INTC | CBOE | 100 | 2026-06-05 | 2026-06 | P | 93 | |
| MSTR  260522P00148000 | MSTR 22MAY26 148 P | 874401965 | MSTR | CBOE | 100 | 2026-05-22 | 2026-05 | P | 148 | |
| MSTR  260529P00141000 | MSTR 29MAY26 141 P | 872120349 | MSTR | CBOE | 100 | 2026-05-29 | 2026-05 | P | 141 | |
| NVDL  260522P00083000 | NVDL 22MAY26 83 P | 871349042 | NVDL | CBOE | 100 | 2026-05-22 | 2026-05 | P | 83 | |
| NVDL  260522P00090000 | NVDL 22MAY26 90 P | 871349126 | NVDL | CBOE | 100 | 2026-05-22 | 2026-05 | P | 90 | |
| NVDL  260529P00090000 | NVDL 29MAY26 90 P | 872591121 | NVDL | CBOE | 100 | 2026-05-29 | 2026-05 | P | 90 | |
| NVDL  260605P00083500 | NVDL 05JUN26 83.5 P | 877104873 | NVDL | CBOE | 100 | 2026-06-05 | 2026-06 | P | 83.5 | |
| TLT  260529P00084000 | TLT 29MAY26 84 P | 872193368 | TLT | CBOE | 100 | 2026-05-29 | 2026-05 | P | 84 | |
| TLT  260529P00084500 | TLT 29MAY26 84.5 P | 872193362 | TLT | CBOE | 100 | 2026-05-29 | 2026-05 | P | 84.5 | |
| TLT  260529P00085000 | TLT 29MAY26 85 P | 872193387 | TLT | CBOE | 100 | 2026-05-29 | 2026-05 | P | 85 | |
| TLT  260630P00085000 | TLT 30JUN26 85 P | 796127475 | TLT | CBOE | 100 | 2026-06-30 | 2026-06 | P | 85 | |
| TLT  260717P00085000 | TLT 17JUL26 85 P | 800102357 | TLT | CBOE | 100 | 2026-07-17 | 2026-07 | P | 85 | |

## 委托單類型

| 代碼 | 意思 | 代碼（繼續） | 意思（繼續） |
|---|---|---|---|
| ALERT | 警報 | PEGMKTVOL | 掛鉤市場交易量 |
| FUNARI | Funari | PEGPRMVOL | 掛鉤首要交易量 |
| LIT | 觸及限價 | PEGSRFVOL | 掛鉤表面交易量 |
| LMT | 限價 | REL | 相對 |
| LMTOB | 限價或更佳 | REL2MID | 相對至中點 |
| LOC | 收盤限價 | RELSTK | 相對股票 |
| LWOW | Limit With Or Without | RFQ | 請求報價 |
| MIDPX | 中點價 | RPI | 零售價格改善 |
| MIT | 觸及市價 | SNAPMID | 跳至中點價 |
| MKT | 市價 | SNAPMKT | 跳至市價 |
| MKTPROT | 市價保護 | SNAPREL | 跳至首要 |
| MOC | 收盤市價 | STP | 止損 |
| MTL | 市價轉限價 | STPLMT | 止損限價 |
| PASSVREL, PSVR | 守勢相對 | STPPROT | 止損保護 |
| PEGBENCH | 掛鉤基準 | TRAIL | 追蹤止損 |
| PEGGED | 掛鉤 | TRAILLIT | 觸發價格追踪限價 |
| PEGMID | 掛鉤中點 | TRAILLMT | 追蹤止損限價 |
| PEGMID2 | 掛鉤中點2 | TRAILMIT | 觸發價格追踪市價 |
| PEGMIDVOL | 掛鉤中點交易量 | VOLAT | 波動性 |
| PEGMKT | 掛鉤市價 | WOW | 有或沒有 |

## 代碼

| 代碼 | 意思 | 代碼（繼續） | 意思（繼續） |
|---|---|---|---|
| A | 轉讓 | M | 由IB手動輸入（請參閱法律說明 #2） |
| AEx | 股息相關期貨自動行權推薦。 | MEx | 股息相關期貨手動行權推薦。 |
| AFx | 交易導致的自動外匯兌換 | O | 建倉交易 |
| B | 自動買入 | Off | "是"和"否"二元合約抵銷以$1.00現金結算 |
| C | 平倉交易 | P | 部分執行 |
| Ca | 取消的 | PE | 永續投資 |
| Co | 被更正的交易 | PTA | 交易後分配 |
| Cx | 此項交易的部分或全部是作爲雙重代理的盈透爲兩名盈透客戶進行的撮合執行 | Pr | 此項交易的部分或全部是交易所對盈透和盈透關聯機構進行的撮合執行，因此歸類爲自營交易，而非代理交易 |
| D | 在此次交易中，盈透同時爲買方和賣方充當雙重代理。根據您的請求，盈透將向您提供與此次交易的雙方相關之信息。 | R | 股息再投資 |
| DT | 貼現交易 | RI | 定期投資 |
| De | 交割或轉換行動 | RP | IB充當了本次交易小數股部分的代理，該部分交易是由IB的關聯公司執行的，該關聯公司在交易中充當無風險自營交易商。 |
| Ep | 由到期的持倉導致 | RPA | IB同時充當了本次交易小數股及完整股部分的代理；小數股部分由IB的關聯公司執行，該關聯公司在交易中充當無風險自營交易商。 |
| Ex | 執行 | Rb | 再付費 |
| FP | 這次交易的小數股部分是通過IB或其關聯公司執行。 | S0 | 結算爲零價值的合約 |
| FPA | 本次交易的小數股是通過IB或其關聯公司執行。IB在這項交易中的全部股份充當代理商。 | S1 | 以$1.00結算的合約 |
| G | 擔保賬戶部分中的交易 | SF | 如交易量超過IBKR Lite版每月總交易量的10%，該等交易將被收取Lite版附加費。 |
| IA | 有關交易是通過IB或其附屬機構執行 | SI | 此委托單爲盈透證券請求的委托單 |
| IM | 部分委托單是通過IB或其關聯機構執行；其中部分是由IB充當代理商。 | SO | 此委托單爲您的介紹經紀商請求的委托單 |

Case 1:26-cv-05474-AS    Document 86    Filed 07/31/26    Page 25 of 27

代碼

| 代碼 | 意思 | 代碼（繼續） | 意思（繼續） |
|---|---|---|---|
| IPO | 本交易作爲IPO的一部分被執行且被歸爲自營交易（Principal trade），IB是該IPO承銷團的一員。 | SS | 客戶指定該筆交易縮短結算周期，因此需以高于現行市場價的價格執行 |
| L | 由IB制定規則（保證金違背） | T | 轉帳 |
| LF | 由IB執行的小數股持倉清算 | | |

## 注釋/法律注釋

### 注釋

1. 股票交易所的交易通常在交易日期後一天（T+1）進行結算。期權、期貨和美國開放式共同基金交易也是在交易日期後一天進行結算。某些交易所和其它交易類型的結算周期可能會更長或更短。期末已結算現金反映的是實際結算的現金。

2. 初始和維持保證金要求可在交易平臺的賬戶窗口中查看。

3. 盈透證券有限責任公司接受來自基金公司的與由盈透證券有限責任公司客戶買入和持有的基金股份有關的報酬。該報酬包括，但不限于用基金資產支付的法規12b-1費用。盈透證券有限責任公司收到的交易報酬的來源和金額將在客戶提出書面申請後提供。IB可能會與您的獨立顧問或介紹經紀商，如適用。分享收自基金公司的部分報酬

4. 數量前有"-"號的表示賣出交易。其他交易爲買入交易。

5. IB在執行您委托單的小數股部分時充當代理。在某些情況下，IB會將您委托單的小數股部分傳遞給其關聯公司，由該關聯公司充當自營交易商來執行這部分委托單。此類情況下將通過與交易相關的代碼表示。如果IB的關聯公司在執行您的委托單的小數股部分時充當了自營交易商，則委托單將以執行之時您委托單相反方向顯示的NBBO（如您買入則爲賣價；如您賣出則爲買價）執行。如果IB的關聯公司在執行您委托單的小數股部分時充當無風險自營交易商，則該關聯公司會以其收到的執行完整一股的價格執行您委托單的小數股部分。

6. 在部分執行的情況下，佣金以原始委託單執行的總量收取。僅在第一個部分執行處顯示佣金。

7. 交易執行時間以東部時間顯示。

8. 可在盈透網站中查看適用的商品監管費用，地址:www.interactivebrokers.com/cn/accounts/fees/exchangeAndRegulatoryFees.php。

### 固定收益注釋

1. 價券或優先股的提早贖回特徵可能影響收益率。零息價券、複利及乘數證券不會定期收取款項，而除非已進行註冊，有關證券也可以低於到期價值的水平進行贖回，而不會事前通知持有人。對資產抵押證券而言，實際收益率視乎底層票據的預付速度而不同。有關價券收益率的額外訊息，請聯絡IB交易服務格：ibkr.com/help。如果有關債務證券不獲全國認可統計評級組織發出評級，這可能意味違約風險偏高。您應諮詢獨立顧問的意見，以決定未評級價券是否切合您投資組合的目標和您的財務狀況。價券交易中心收取的費用已包含在價券交易的成本內。

2. 交易可在到期前贖回的債務證券，此類債務證券可能在到期前被全部或部分贖回，進而影響顯示的收益率。如需更多信息，請向我們提出請求。

3. 本次交易中證券購買方或證券出售方的姓名將按您的書面要求提供。

### 法律注釋

1. 請及時報告該報表中或您賬戶中的任何不準確或不符之處。使用盈透網站上提供的表格與盈透客戶服務部門進行書面聯繫。您也可以通過電話聯繫盈透，但是如果您通過電話報告了一處錯誤，您應該將該口頭信息以書面的形式進行重新確認以維護您的權利，包括證券投資者保護法案（SIPA）中規定的權利。

   盈透證券：

   盈透證券有限公司，www.interactivebrokers.com，877-442-2757（美國）

   盈透證券（英國）（有限公司），www.interactivebrokers.co.uk，00800-42-276537 (國際)

   Interactive Brokers Canada Inc., www.interactivebrokers.ca, 877-745-4222 (Can.)

2. 盈透證券香港公司地址: 香港金鐘皇后大道88號太古廣場2座1512室。

3. Unless otherwise noted, Interactive Brokers acted as agent in the execution of the above transactions. For those exchanges where IB is not a direct clearing member or custodian, IB may use one of the following clearing agents or sub-custodians: Interactive Brokers Australia Pty Limited; Interactive Brokers Canada Inc.; Interactive Brokers Hong Kong Limited; Interactive Brokers Ireland, Limited; Interactive Brokers Securities Japan, Inc.; Interactive Brokers (U.K.) Limited; IBKR Financial Services AG; ABN Amro Clearing Singapore Pte. Ltd.; Allfunds Bank, S.A.U.; Banco B3 S.A.; BBVA Bancomer, S.A.; BNP Securities Services, Milan Branch; BMO Bank N.A.; Citibank Europe plc; Skandinaviska Enskilda Banken AB (including select branches).

4. 盈透在外幣兌換交易中充當代理機構或無風險自營交易商，在現貨貴金屬交易中充當無風險自營交易商。這種交易將盈透分公司或第三方作爲交易對手方來執行，其在該交易中充當自營交易商，可能持有多頭或空頭，並且可能因交易而盈利或虧損。客戶通過盈透執行的外幣兌換交易及現貨貴金屬交易不受美國證券交易委員會（SEC）或美國商品期貨交易委員會（CFTC）的管理和監督。

5. IB會就某些股票委託單從另類交易系統、做市商或交易所獲得流動性退費或其它委託單流報酬。IB會根據交易所規定的營銷費用計劃或其它安排就某些期權委託權獲得報酬。客戶可通過書面申請瞭解IB收到的任何交易相關報酬的來源及性質。要瞭解更多訊息，請參見IB網站以及委託單傳遞和委託單流報酬披露（該等訊息在您開戶時提供過，並且會每年提供一次），或訪問ibkr.com/help。

6. 對于證券交易，如本報表上未列明，在收到客戶的書面請求後，我們將提供有關任意交易的時間及交易對手方身份的信息。

7. 對于證券期貨交易，如果該類報表中尚未說明：交易時間、交易對手的身份、盈透是充當代理商還是自營交易商，是充當交易對手的代理商、合約雙方的代理商，還是自營交易商（如果充當自營交易商，該交易爲大宗交易還是期貨轉現貨交易）。此類信息可在客戶提出書面申請後提供。

8. 如果客戶的投資目標有任何實質性變化，客戶需要立即通知盈透證券。

9. 現有盈透證券有限公司財務報表可供您查閱，可以通過登錄網站www.interactivebrokers.com或訪問盈透公司，或在您的書面申請後郵寄給您。

10. 在澳大利亞股票交易所（ASX）、ASX 24市場和Cboe澳大利亞市場執行的交易，將根據下列情況頒布交易確認：（i）適用法律、相關市場運營商的方向、決定和要求，相關的市場運營條例、清算條例以及相關結算條例；（ii）相關金融市場的慣例；以及（iii）對錯誤和失誤的修正。ASX市場和Cboe澳大利亞的現金市場產品的交易（該術語在相關的ASIC市場誠信規則中定義）是由法國巴黎銀行，ARBN 149 440 291，AFSL 402467提供清算服務，其為ASX清算有限公司和ASX結算有限公司的參與者。ASX衍生產品和ASX 24全部產品交易均由盈透證券澳大利亞（"IBA"）提供清算服務，其為ASX清算有限公司和ASX清算（期貨）有限公司的參與者。如果您的交易屬於交叉盤買賣，IBA可以作為（i）該交易的買家和賣家，或（ii）作為交易單邊的買家或賣家，並作為另一邊的首要執行機構。根據2001年公司法案，當IBA代表客戶進入交易衍生品的交易所，IBA會被認為向客戶發行了衍生品。

11. 所有在香港聯交所（"SEHK"）執行的期權交易：(a)期權涉及高風險，並不是所有的投資者都適合交易。投資者在參與期權市場前必須確保瞭解風險。(b)所有在香港聯交所執行的期權合約都是由盈透證券香港有限公司代表盈透證券有限公司執行的。(c)在因盈透證券的失誤導致客戶受到經濟損失的情況下，客戶有權利在香港證券期貨條例建立的投資者補償基金索賠，且隨時受投資者補償基金條款的限制。(d)所有為客戶或代表客戶進行的交易所交易期權的業務應受到法規相關條款、香港聯交所規則（"SEHK規則"）、規管條例、章程細則、香港聯交所慣例與應用、期權交易規則、SEOCH清算規則、CCASS規則及香港法律的約束，且應用於盈透證券有限公司及客戶雙方。

12. 盈透證券有限公司為證券投資者保護公司（SIPC）的成員。在盈透證券有限公司以外持有的存款不受SIPC保護。此外，期貨和期貨期權不受SIPC保護。

**盈透證券有限公司是SIPC成員之一**

交易確認報告 - May 1, 2026 - June 1, 2026



此包裝袋只可用於投寄特快專遞郵件。
This Satchel is used for posting Speedpost items only.

切勿投寄違禁品。
Do not send any prohibited article.