UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC et al.,

Plaintiffs,

-against-

JOHN DOES 1 THROUGH 100 et al.,

Defendants.

26-CV-5474 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 6, 2026, the Court received the attached notice of pro se appearance by email from defendant Xiaohong Liang. The Court directs that all further communications should be in writing and delivered in person, mailed, emailed as a PDF to ProSe@nysd.uscourts.gov or filed on the ECF system.

Additionally, to ensure timely service of documents, including Court Orders, defendant Liang is encouraged to consent to receive electronic service through the ECF System. To do so, please review the instructions available at https://www.nysd.uscourts.gov/sites/ default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf, and then submit a Consent to Electronic Service (available at https://www.nysd.uscourts.gov/sites/ default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf).

Defendant Liang is also advised that there is a Pro Se Law Clinic available to assist self-represented parties in civil cases. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).

All parties must familiarize themselves with the Court's Individual Practices, including the Court's Individual Practices for Pro Se Litigants, which are available at https://nysd.uscourts.gov/hon-arun-subramanian.

SO ORDERED.

Dated: August 10, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge

# NOTICE OF PRO SE APPEARANCE

**Case No.: 1:26-cv-05474-AS**

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

To the Court Clerk, Assigned Judge, and Counsel for Plaintiffs:

I, Xiaohong Liang, Defendant in this case, hereby formally notify the Court that I will appear pro se without retaining a licensed U.S. attorney at this time. All pleadings, filings and communications will be prepared and submitted by myself. I acknowledge full responsibility to comply with all Federal Rules of Civil Procedure and all court deadlines.

Contact Information:

Name: Xiaohong Liang

Residential Address: No.59 HongYunJingYuan, Gaoxin Avenue, Weibin District, Baoji City, Shaanxi Province, China

Phone: +86 13891799535

Email: 453259891@qq.com

Dated: August 6, 2026

/s/ Xiaohong Liang

Defendant, Pro Se

CERTIFICATE OF SERVICE

I certify that a true copy of this Notice of Pro Se Appearance was emailed to Plaintiffs’ counsel on the above date.

/s/ Xiaohong Liang