

**JOHN N. ORSINI**
jorsini@fklaw.com
212.833.1186

August 6, 2026

**VIA ECF**

Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *Susquehanna Securities LLC, et al. v. John Does 1*
> *Through 100,* No. 1:26-cv-05474 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

This firm represents plaintiffs Susquehanna Securities LLC and Susquehanna Investment Group ("Susquehanna") in the above-captioned action (the "Action"), and we write jointly with Plaintiff-Intervenor Citadel Securities LLC ("Citadel Securities," and together with Susquehanna, "Plaintiffs").  As previewed in our letter filed on August 4, 2026 (ECF 84), we attach hereto three lists of account holder numbers, organized by brokerage firm,[1] comprised of 114 accounts that Plaintiffs have determined to date can be excluded from the scope of the TRO currently in place (*see* ECF 10), and against whom Plaintiffs do not intend to seek further relief at this time (including a preliminary injunction).  These lists include many retail investors who traded privately in smaller amounts.  To protect the sensitive nature of the account number information included in these lists, Plaintiffs request permission to file these lists under seal for the same reasons stated in Plaintiffs' prior letter motion seeking leave to file an exhibit to Plaintiffs' Certificate of Service under seal (*see* ECF 55, granted at ECF 61).  If So Ordered, Plaintiffs will then notify the respective brokers and individual account holders (by way of service of the Court's Order by email) that the TRO no longer applies to these accounts and Plaintiffs are not seeking a preliminary injunction with respect to these accounts.  When Plaintiffs file their joint omnibus reply in support of a preliminary injunction on August 11, 2026, Plaintiffs may further narrow the list of account holders against whom we are seeking the preliminary injunction.

> Respectfully submitted,
>
> */s/ John N. Orsini*
>
> John N. Orsini

---

[1] Exhibit A attached hereto contains information for accounts associated with Interactive Brokers LLC; Exhibit B attached hereto contains information for accounts associated with Futu Clearing Inc. (and/or one of its affiliates); and Exhibit C attached hereto contains information for accounts associated with TradeUP Securities, Inc.

Friedman Kaplan Seiler Adelman & Robbins LLP  7 Times Square, New York, NY 10036-6516

Hon. Arun Subramanian                    - 2 -                    August 6, 2026


Attachments

cc:    All counsel of record (*by ECF*)


GRANTED.

Additionally, as contemplated, the plaintiffs are directed to notify the respective brokers and individual account holders that the temporary restraining order, Dkt. 10, no longer applies to these accounts and that the plaintiffs are no longer seeking a preliminary injunction with respect to these accounts.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 89.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 11, 2026

Friedman Kaplan Seiler Adelman & Robbins LLP