UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and
SUSQUEHANNA INVESTMENT GROUP,

                Plaintiffs,

        -against-

JOHN DOES 1 THROUGH 100,

                Defendants.

26-CV-5474 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    In advance of the hearing on Friday, August 14, 2026, plaintiffs are directed to meet and confer with the appearing defendants by **Wednesday, August 12, 2026**. Thereafter, on or before **Thursday, August 13, 2026 at 5:00 pm**, the parties should submit a joint letter notifying the Court what is expected to be discussed at the hearing and the proposed path forward. The letter should address the various filings and orders relating to the temporary restraining order and request for a preliminary injunction and how they affect the scope of the hearing.

        SO ORDERED.

Dated: August 11, 2026
       New York, New York

_____
    ARUN SUBRAMANIAN
    United States District Judge