Dear Court,

I am Xiaohong Liang, Defendant in the above-referenced case, appearing pro se.

My deadline to file an Answer to the Complaint is August 21, 2026.
I respectfully request an extension of 30 days to file my Answer, making the new deadline September 20, 2026.

Reasons for extension:

1. I reside in Baoji, Shaanxi Province, China, with significant time difference and limited familiarity with U.S. federal court procedures.
2. I need time to retain counsel admitted to practice in the Southern District of New York.
3. I need time to collect, translate and organize my trading records and evidence to prepare a full and proper Answer.
4. This is my first good-faith request for extension, and I am not seeking unnecessary delay.

FURTHERMORE, I HEREBY REQUEST A COURT-APPROVED MANDARIN CHINESE INTERPRETER
for all future hearings, conferences, and trial in this case.
My English ability is limited, and I cannot understand court questions, legal arguments, or cross-examination without professional interpretation. Without an interpreter, my right to a fair defense will be severely prejudiced.

I intend to defend this case fully and will file a complete Answer promptly if the extension is granted.

Thank you for your consideration.

Sincerely,

Xiaohong Liang
Bldg 1, Unit 2, Rm 401, 59 Gaoxin Ave
Weibin District, Baoji, Shaanxi Province 721000
P.R.China
Tel: +86 13891799535
Pro Se Defendant

Certificate of Service

I certify that on August 5, 2026, a true and correct copy of this motion was emailed to counsel for Plaintiff:

A nthony C. Piccirillo
Anthony.Piccirillo@stblaw.com
Xiaohong Liang

Pro Se Defendant

Defendant Xiaohong Liang has appeared to have already filed an answer to the complaint, Dkt. 94. So his request for an extension is DENIED as moot. If, however, defendant needs additional time to file something else, please let the Court know.

Additionally, costs to obtain an interpreter and any coordination of interpreter arrangements must be handled by the parties. The parties are directed to discuss with one another about such services.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 95.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 11, 2026.