UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and
SUSQUEHANNA INVESTMENT GROUP,

                           Plaintiffs,               Case No. 26 CIV. 5474 (AS)

             - against –

JOHN DOES 1 THROUGH 100,

                        Defendants.

I, NATHANAEL WICKMAN, pursuant to 28 U.S.C. § 1746, declare:

1.      I currently serve as the Co-Manager of the U.S. Equity Options Market Making Team at Susquehanna International Group, LLP (collectively, with its affiliated and related entities, "SIG"), where I have been employed since 2005.  SIG is a global quantitative trading firm.  My responsibilities as the Co-Manager of the U.S. Equity Options Market Making Team at SIG include analyzing equity options market data, developing and overseeing equity options trading strategies, and managing risk associated with the team's trading activities.

2.      I previously submitted a declaration in this case on June 26, 2026 (ECF 6) and provide this supplemental declaration in support of Plaintiffs' application for a preliminary injunction.

3.      SIG has access to a large amount of securities trading data from SIG's own substantial trading activity and through purchasing commercially available market data (the "Market Data").  Additionally, in connection with this matter, SIG was provided with trading and account records produced by Futu Clearing Inc., Interactive Brokers LLC, and TradeUp Securities, Inc. (the "Broker Productions") in response to subpoenas, as well as certain individual

brokerage account statements that I understand were voluntarily provided by particular account holders (together with the Broker Productions, the "Broker Data").[1]

4.       This declaration discusses an analysis employees at SIG conducted at my request and under my supervision using the Market Data and the Broker Data regarding the trading of 47 brokerage accounts (three of which I understand to have been controlled by a single trader), referred to herein as the "Narrowed Accounts."  The 45 users of the Narrowed Accounts are referred to herein as the "Narrowed Defendants."  I refer to each of the Narrowed Defendants by an anonymized John Doe name, *e.g.*, "John Doe 1."

### The John Doe Defendants

5.       The table below details the estimated[2] total profit and percent return to each of the Narrowed Defendants from purchases between May 7, 2026 at midnight Eastern Time and May 22, 2026 at 4:33 a.m. Eastern Time of FUTU and/or TIGR put option contracts with expiration dates within 30 days of purchase (the "Subject Purchases").



[2] To date, Interactive Brokers has provided only options purchase information for the Subject Purchases, and so we estimated the profits to Interactive Brokers accounts based on an assumption that options with an expiration on or after May 22, 2026 were exercised or sold on May 22, 2026.



6.    Attached hereto as Exhibits A, B, and C are tables listing the Narrowed

Accounts separated by Broker, and the amounts each Narrowed Defendant is estimated to have

profited within each account at each Broker, corresponding to the chart above.





### **Individualized Analysis of the Narrowed Defendants' Trading**

9.    Attached hereto as Exhibit D is a document containing an individualized analysis of the Subject Purchases for each of the Narrowed Defendants.  Exhibit D contains a one- or two-page summary of each of the Narrowed Defendants' total profits, percent return, total number of options contracts purchased, percent of purchased options expiring on or after May 22, 2026, broker, location according to brokerage records, and an accompanying chart.







I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026 at Bala Cynwyd, Pennsylvania.

_____