# Exhibit A

*Susquehanna Securities LLC, et al. v. John Does 1 Through 100,* No. 1:26-cv-05474 (AS) (S.D.N.Y.)

**EXHIBIT A**

**ACCOUNT NUMBERS AT INTERACTIVE BROKERS, LLC WHICH PLAINTIFFS REQUEST TO REMAIN FROZEN PURSUANT TO A PRELIMINARY INJUNCTION**

| IBKR Account Number |
|---|
| [redacted] |