# Exhibit D

# John Doe 1

[redacted]

[1] Percentages are rounded to the nearest percentage point.

**John Doe 2**

[redacted]

**John Doe 2 (Continued)**

[redacted]

**John Doe 3**

[redacted]

---

[redacted]

**John Doe 4**

[redacted]

## John Doe 4 (Continued)

[redacted]

**John Doe 5**

[redacted]

---

[redacted]

## John Doe 5 (Continued)

[redacted]

**John Doe 6**

[redacted]

**John Doe 6 (Continued)**

[redacted]

**John Doe 7**

[redacted]

**John Doe 8**

[redacted]

**John Doe 9**

[redacted]

# <u>John Doe 10</u>

[redacted]

## John Doe 11

[redacted]

**John Doe 12**

[redacted]

---

[redacted]

## John Doe 13

[redacted]

---

[redacted]

**John Doe 14**

[redacted]

**John Doe 15**

[redacted]

**John Doe 16**

[redacted]

**John Doe 17**

[redacted]

**John Doe 17 (Continued)**

[redacted]

**John Doe 18**

[redacted]

**John Doe 19**

[redacted]

**John Doe 20**

[redacted]

**John Doe 21**

[redacted]

---

[redacted]

**John Doe 21 (Continued)**

[redacted]

**John Doe 22**

[redacted]

**John Doe 23**

[redacted]

**John Doe 24**

[redacted]

---

[redacted]

**<u>John Doe 25</u>**

[redacted]

**John Doe 26**

[redacted]

**John Doe 27**

[redacted]

---

[redacted]

**John Doe 28**

[redacted]

**John Doe 29**

[redacted]

**<u>John Doe 30</u>**

[redacted]

# John Doe 31

[redacted]

---

[redacted]

## John Doe 32

[redacted]

**John Doe 33**

[redacted]

**John Doe 34**

[redacted]

---

[redacted]

**John Doe 34 (Continued)**

[redacted]

**John Doe 35**

[redacted]

---

[redacted]

**John Doe 36**

[redacted]

## John Doe 37

[redacted]

---

[redacted]

**John Doe 38**

[redacted]

**John Doe 39**

[redacted]

**John Doe 39 (Continued)**

[redacted]

**John Doe 40**

[redacted]

## John Doe 40 (Continued)

[redacted]

**John Doe 41**

[redacted]

**<u>John Doe 42</u>**

[redacted]

**John Doe 43**

[redacted]

**John Doe 44**

[redacted]

**John Doe 45**

[redacted]