UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and SUSQUEHANNA INVESTMENT GROUP,

Plaintiffs,

-against-

JOHN DOES 1 THROUGH 100,

Defendants.

26-CV-5474 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Given that the plaintiffs are no longer "pursuing a preliminary injunction" against Hui Nam B. Tang, Weixian Wang, Dincer Ozcan, Chen Ji, Qian Wang, and Xiaohong Liang and that the plaintiffs "consent to lifting the TRO as to" the same, Dkt. 104 at 4, we hereby lift the TRO with respect to those persons' accounts.

The plaintiffs are directed to notify the respective brokers and individual account holders that the temporary restraining order, Dkt. 10, no longer applies to those persons' accounts and that the plaintiffs are no longer seeking a preliminary injunction with respect to these accounts.

Additionally, the plaintiffs are directed to notify the Court by August 14, 2026, whether there is any reason why the action shouldn't be dismissed as against those parties.

SO ORDERED.

Dated: August 12, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge