UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and SUSQUEHANNA INVESTMENT GROUP,
Plaintiffs,

-against-

JOHN DOES 1 THROUGH 100,
Defendants.

26-CV-5474 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Friday's hearing will be held in Courtroom 15A, 500 Pearl Street, New York, NY 10007. Interested members of the public may listen in by dialing (646) 453-4442 and entering the Phone Conference ID: 887 953 415, followed by the pound (#) sign.

SO ORDERED.

Dated: August 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge