MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

kking@maglaw.com
(212) 880-9403

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

August 17, 2026

**VIA ECF**
Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Susquehanna Securities LLC, et al. v. John Does 1 Through 100,* No. 1:26-cv-05474 (AS) (S.D.N.Y.)**

Dear Judge Subramanian:

Our firm represents Defendant John Doe 1 in the above action, and filed notices of appearance this morning in order to be able to receive unredacted versions of the court filings in this case. As reflected in footnote 5 of Plaintiffs' reply in further support of the application for a preliminary injunction (Dkt. 104), we have been engaged in active discussions with Plaintiffs to provide information demonstrating that the allegations in the Complaint as to John Doe 1 are in error.[1] While we hope to complete those discussions soon, in the event they are not completed by this Friday, August 21, 2026, John Doe 1 respectfully requests an extension of its time to oppose the preliminary injunction until this Friday, August 21 — the same date to which multiple other defendants have had their deadlines to oppose extended.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Karen R. King*
Karen R. King

[1] Given the significant reputational harm and business impact of erroneously being publicly accused of serious securities law violations, our client prefers to remain identified as a John Doe while we are providing information to Plaintiffs and discussing with them the veracity/applicability of their allegations to our client.