UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSQUEHANNA SECURITIES, LLC, et al.,<br>Plaintiffs,<br>v.<br>JOHN DOES 1 THROUGH 100,<br>Defendants. | Case No. 26-cv-5474 (AS) |

**DECLARATION OF KAREN R. KING IN SUPPORT OF DEFENDANT JOHN DOE 1'S OPPOSITION TO PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION OR ATTACHMENT IN THE ALTERNATIVE**

Pursuant to 28 U.S.C. § 1746, I, Karen R. King, hereby declare as follows:

1. I am a principal of the law firm Morvillo Abramowitz Grand Iason & Anello P.C. I am an attorney licensed to practice law in the state of New York and admitted to practice before this Court. I represent Defendant John Doe 1 in this matter.

2. I submit this declaration in support of John Doe 1's memorandum of law in opposition to Plaintiffs' application for a preliminary injunction or attachment in the alternative.

3. My firm was retained by John Doe 1 on or about July 13, 2026, and we promptly reached out to Plaintiffs' counsel on July 14, 2026 to introduce ourselves and identify our client. I understand that, at that time, Plaintiffs had not yet received discovery from Interactive Brokers LLC identifying our client. On July 22, 2026, Plaintiffs' counsel asked if our firm would accept service of the TRO/PI court filings. Our client authorized us to accept service that evening.

4. Attached as **Exhibit 1** is historical stock price data for Futu Holdings Limited (FUTU) for the period January 1, 2026 through May 22, 2026, downloaded from Nasdaq.com,

available at https://www.nasdaq.com/market-activity/stocks/futu/historical?page=1&rows_per_page=10&timeline=ytd.

5. Attached as **Exhibit 2** is historical stock price data for UP Fintech Holding Ltd (TIGR) for the period January 1, 2026 through May 22, 2026, downloaded from Nasdaq.com, available at https://www.nasdaq.com/market-activity/stocks/tigr/historical?page=1&rows_per_page=10&timeline=ytd.

6. Attached as **Exhibit 3** is an analyst report published by Bank of America Securities on May 7, 2026 titled "Futu Holdings 1Q26 preview: softer quarter amid volatility, underlying remains resilient."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2026
New York, New York

*/s/ Karen R. King*
Karen R. King