Case No. 1:26-cv-05474-AS
Summary of 23 Futu Holdings Option Transactions
Pro- Se Defendant: Liang Xiaohong

| No. | Trade Date (US- Eastern) | Trade Action | Contract Specification | Realized P&L (USD) |
|---|---|---|---|---|
| 1 | 2026- 05- 14 | Sell Put | FUTU 15MAY26 P 124.5 | +188.59 |
| 2 | 2026- 05- 14 | Sell Put | FUTU 15MAY26 P 132.45 | +22.59 |
| 3 | 2026- 05- 14 | Sell Put | FUTU 15MAY26 P 132.45 | +203.09 |
| 4 | 2026- 05- 15 | Sell Put | FUTU 15MAY26 P 127.45 | +78.60 |
| 5 | 2026- 05- 18 | Sell Put | FUTU 22MAY26 P 131.45 | +264.19 |
| 6 | 2026- 05- 18 | Sell Put | FUTU 22MAY26 P 127.45 | +208.94 |
| 7 | 2026- 05- 20 | Sell Put | FUTU 22MAY26 P 124.45 | +140.59 |
| 8 | 2026- 05- 20 | Sell Put | FUTU 22MAY26 P 124.45 | +153.20 |
| 9 | 2026- 05- 20 | Sell Put | FUTU 22MAY26 P 117.45 | +119.20 |
| 10 | 2026- 05- 20 | Sell Put | FUTU 22MAY26 P 127.45 | +279.94 |
| 11 | 2026- 05- 21 | Sell Put | FUTU 22MAY26 P 112.45 | +178.64 |
| 12 | 2026- 05- 22 | Sell Put | FUTU 24MAY26 P 127.45 | +824.48 |
| 13 | 2026- 05- 22 | Buy Put (Close) | FUTU 24MAY26 P 127.45 | -8251.00 |
| 14 | 2026- 05- 22 | Buy Put (Close) | FUTU 24MAY26 P 127.45 | -4100.80 |
| 15 | 2026- 05- 22 | Buy Put (Close) | FUTU 24MAY26 P 117.45 | -6600.90 |
| 16 | 2026- 05- 22 | Sell Put | FUTU 24MAY26 P 112.45 | -14403.50 |
| 17 | 2026- 05- 22 | Buy Put (Close) | FUTU 24MAY26 P 112.45 | +6603.85 |

18 | 2026- 05- 22 | Sell Put | FUTU 24MAY26 P 117.45 | +825.48
19 | 2026- 05- 22 | Buy Put (Close) | FUTU 29MAY26 P 117.45 | -41.05
20 | 2026- 05- 22 | Buy Put | FUTU 27MAY26 P 77.45 | -135.05
21 | 2026- 05- 22 | Sell Put | FUTU 27MAY26 P 77.45 | +208.19
22 | 2026- 05- 22 | Sell Put | FUTU 27MAY26 P 111.45C | +69.20
23 | 2026- 05- 22 | Buy Put | FUTU 31MAY26 P 131.45 | -4528.05
==========================================================================================================

Total Number of Transactions: 23

Aggregate Realized P&L for these trades: -27691.58 USD

Overall Result: Substantial net loss, no net profit from this set of transactions.

==========================================================================================================