UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and SUSQUEHANNA INVESTMENT GROUP,
Plaintiffs,

-against-

JOHN DOES 1 THROUGH 100,
Defendants.

26-CV-5474 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Notwithstanding plaintiff's arguments that the Court has authority to issue a preliminary injunction against parties identified by monikers—for example, "John Doe"—the Court does not believe it appropriate to do so. As such, the Court ORDERS plaintiffs to provide the Court with "an amended proposed order granting the preliminary injunction naming each defendant," as they contemplated in Dkt. 136 at 2 n.4, on or before **August 27, 2026, at 4:00 P.M.**

SO ORDERED.

Dated: August 26, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge