UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and SUSQUEHANNA INVESTMENT GROUP,
Plaintiffs,

-against-

JOHN DOES 1 THROUGH 100,
Defendants.

26-CV-5474 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In order to give adequate consideration to the numerous briefs filed, the Court's order at Dkt. 10—as narrowed by Dkt. 127—is hereby extended to **September 4, 2026**.

SO ORDERED.

Dated: August 28, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge