UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and SUSQUEHANNA INVESTMENT GROUP,

Plaintiff,

-against-

JOHN DOES 1 THROUGH 100,

Defendant.

26-CV-5474 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court will issue its ruling on plaintiffs' motion at Dkt. 4 on Monday, September 14, 2026. The Court's order at Dkt. 10 is therefore extended to **Monday, September 14, 2026**.

SO ORDERED.

Dated: September 11, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge