FRIEDMAN
KAPLAN

**JOHN N. ORSINI**
jorsini@fklaw.com
212.833.1186

September 28, 2026

**VIA ECF**

Honorable Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Susquehanna Securities LLC, et al. v. John Does 1 Through 100*, No. 1:26-cv-05474 (AS) (S.D.N.Y.)

Dear Judge Subramanian:

Plaintiffs Susquehanna Securities, LLC and Susquehanna Investment Group ("Susquehanna") and Plaintiff-Intervenor Citadel Securities LLC ("Citadel Securities," and together with Susquehanna, "Plaintiffs") in the above-captioned action (the "Action") write to inform the Court that Plaintiffs will not be filing an amended complaint today. Pursuant to the Court's Docket Order dated September 14, 2026 (ECF 189), the Court granted Plaintiffs' request to have until 14 days after the Court rendered its decision on Plaintiffs' motion for a preliminary injunction (ECF 185). The Court rendered its decision denying that motion on September 14, 2026 (ECF 190), making today Plaintiffs' deadline to file an amended complaint.

Since the Court's decision on September 14, Plaintiffs have entered into agreements to settle with a number of the John Doe Defendants. Some of those agreements are still being finalized. As each such agreement is finalized, Plaintiffs intend to file individual notices of dismissal with prejudice as to those settling defendants with whom that step was agreed upon. Then Plaintiffs intend to file a voluntary notice of dismissal *without* prejudice, pursuant to Federal Rule of Civil Procedure 41(1)(1)(A)(i), with respect to all remaining non-settling John Doe Defendants, thereby closing the Action but preserving Plaintiffs' ability to re-commence one or more actions against any non-settling John Doe Defendant at a later date.

While Plaintiffs cannot predict exactly how long it will take to finalize the settlement agreements currently in process, we are working expeditiously to finish this process in the coming days. Accordingly, Plaintiffs respectfully propose filing on or before October 12 (two weeks from today) either (a) the notices of dismissal described above, or (b) a brief update letter stating Plaintiffs' expectations on timing to complete the filing of such notices of dismissal. Plaintiffs believe this approach will minimize the need for the Court to

devote additional time or resources to this matter (including by presiding over motion to dismiss practice) at this time.

Respectfully submitted,

*/s/ John N. Orsini*

John N. Orsini

cc: All counsel of record (*by ECF*)