UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and SUSQUEHANNA INVESTMENT GROUP,

Plaintiffs,

- against -

JOHN DOES 1 THROUGH 100,

Defendants.

Case No. 26-cv-05474

**NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Susquehanna Securities, LLC, Susquehanna Investment Group (collectively, "Susquehanna"), and Citadel Securities LLC (together with Susquehanna, "Plaintiffs"), by and through their undersigned counsel, hereby give notice of Plaintiffs' voluntary dismissal without prejudice of each of the claims and causes of action asserted in this case against all remaining defendants, including those John Doe Defendants—whether or not they have appeared—who have not previously been dismissed with or without prejudice.[1]

[1] For the avoidance of doubt, this includes Defendants John Does 2, 3, 5, 6, 7, 8 (New Frontier Investment Management Limited), 9, 10 (Zhengfei Li), 11, 12, 14 (Yang Jingyao), 15, 17, 18 (Shu Yun Tsoi), 19, 20, 22, 24, 25, 26 (Flying Height Trading Co., Limited), 28 (Huayuanxing Trading Limited), 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 42, 43, 44, and 45.

Dated: New York, New York
October 12, 2026

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

By: */s/ John N. Orsini*
John N. Orsini (jorsini@fklaw.com)
Jared Lenow (jlenow@fklaw.com)
Carolyn Young (cyoung@fklaw.com)
Bo Garfinkel (bgarfinkel@fklaw.com)
7 Times Square
New York, NY 10036
(212) 833-1100

*Attorneys for Plaintiffs Susquehanna Securities, LLC and Susquehanna Investment Group*

**SIMPSON THACHER & BARTLETT LLP**

By: */s/ Jonathan K. Youngwood*
Jonathan K. Youngwood (jyoungwood@stblaw.com)
Michael J. Osnato (michael.osnato@stblaw.com)
Anthony C. Piccirillo (anthony.piccirillo@stblaw.com)
425 Lexington Ave
New York, NY 10017
(212) 455-2000

*Attorneys for Plaintiff-Intervenor Citadel Securities LLC*