UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES, LLC and SUSQUEHANNA INVESTMENT GROUP,
Plaintiffs,

-against-

JOHN DOES 1 THROUGH 100,
Defendants.

26-CV-5474 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of plaintiffs' proposed order to release bond. Dkt. 219. If any party has an objection to this proposed order, they should file it on or before **November 12, 2026**.

SO ORDERED.

Dated: November 2, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge