UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSQUEHANNA SECURITIES LLC and SUSQUEHANNA INVESTMENT GROUP,

Plaintiffs,

- against -

JOHN DOES 1 THROUGH 100,

Defendants.

Case No. 26 Civ. 5474

**[~~PROPOSED~~] ORDER**

**[~~PROPOSED~~] ORDER TO RELEASE BOND**

WHEREAS, on June 29, 2026, Plaintiffs Susquehanna Securities, LLC and Susquehanna Investment Group (together, "Susquehanna") filed the Complaint (ECF 1) and moved for a temporary restraining order, preliminary injunction, and related relief (ECF 4-8); and

WHEREAS, on June 29, 2026, this Court entered a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction (ECF 10) on the condition that Susquehanna post a security of $100,000; and

WHEREAS, on June 30, 2026, Susquehanna Securities, LLC deposited the $100,000 security with the Registry of the Court (the "Security"); and

WHEREAS, on September 14, 2026, the Court entered an order denying the application for a preliminary injunction and dissolving the temporary restraining order (ECF 190),

NOW THEREFORE, IT IS HEREBY ORDERED that the Security in the amount of $100,000 shall be released and disbursed to Susquehanna Securities, LLC via an electronic

funds transfer according to the payee details provided to the Clerk's Office on the form AO-213P.

**SO ORDERED.**

Dated: New York, New York
November 13, 2026

HON. ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE